**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
JANUARY 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 50008

In the Matter of

TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA
v
YOUNG CONSTRUCTION & PAVING, LLC;
et al.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRAVELERS CASUALTY AND SURETY COMAPNY OF AMERICA

| | |
|---|---|
| NAME (Type or print) | |
| James M. Allen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ James M. Allen | |
| FIRM | |
| Hinshaw & Culbertson LLP | |
| STREET ADDRESS | |
| 100 Park Avenue, P.O. Box 1389 | |
| CITY/STATE/ZIP | |
| Rockford, Illinois 61105 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6257714 | 815-490-4901 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐