FILED
JANUARY 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 50008

JUDGE KAPALA
MAGISTRATE JUDGE MAHONEY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Travelers Casualty and Surety Company of America, | ) ) ) |
| Plaintiff, | ) ) Case No.: |
| v. | ) ) Judge: |
| Young Construction & Paving, LLC; Karen B. Young; Gordon T. Young; Jeffrey D. Young; Monica L. Young; Joseph Wells; Terri Wells; Luke D. Vander Bleek; and Joan L. Vander Bleek, | ) ) ) ) ) ) ) |
| Defendants. | ) |

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S MOTION FOR PRELIMINARY INJUNCTION

Travelers Casualty and Surety Company of America ("Travelers"), by and through its undersigned counsel at Hinshaw & Culbertson LLP, in accordance with Rule 65(b) of the Federal Rules of Civil Procedure, moves this Court for entry of a Preliminary Injunction Order, requiring the Defendants Young Construction & Paving, LLC, Karen B. Young, Gordon T. Young, Jeffrey D. Young, Monica L. Young, Joseph Wells, Terri Wells, Luke D. Vander Bleek, and Joan L. Vander Bleek (collectively, "Indemnitors") to: (1) post collateral with Travelers, sufficient to protect and hold harmless Travelers from losses attributable to project completion costs and claims asserted against performance and payment bonds issued by Travelers on behalf of Defendant Young Construction & Paving, LLC; and (2) to freeze and prohibit the transfer of all assets of the Indemnitors to assure they are available for creditors, including Travelers. The basis for the relief sought by Travelers is Travelers' right to *quia timet* relief as the surety for Young Construction & Paving, LLC, Travelers' right to specific performance of a collateral posting provision in an Indemnity Agreement executed by the Indemnitors, and the exceptional circumstances created by Young Construction & Paving, LLC's default on a bonded construction

project. In further support of this Motion, Travelers offers the accompanying Memorandum of Law, complete with its various Exhibits.

Respectfully submitted,

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**

By: /s/ John E. Sebastian
    One of its Attorneys

| | |
|---|---|
| James M. Allen | John E. Sebastian |
| Hinshaw & Culbertson LLP | Albert L. Chollet III |
| 100 Park Avenue, P.O. Box 1389 | Hinshaw & Culbertson LLP |
| Rockford, Illinois 61105 | 222 N. LaSalle, Suite 300 |
| Telephone: 312-490-4900 | Chicago, IL 60601 |
| Facsimile: 815-490-4901 | Telephone: 312-704-3000 |
| jallen@hinshawlaw.com | Facsimile: 312-704-3001 |
| | jsebastian@hinshawlaw.com |

2