IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Travelers Casualty and Surety Company of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Young Construction & Paving, LLC; Karen B. Young; Gordon T. Young; Jeffrey D. Young; Monica L. Young; Joseph Wells; Teri Wells; Luke D. Vander Bleek; and Joan L. Vander Bleek,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　Case No.: 2008 C 50008<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

YOU ARE HEREBY NOTIFIED, that on January 23, 2007, at 1:30 p.m. or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Judge Mahoney in the room occupied by him, or in his absence, any other Judge that may be presiding in said Court Room, in the United States District Court, 211 South Court Street, at Rockford, Illinois, and then and there: Present **Plaintiff's Motion for Preliminary Injunction**, a copy attached, at which time and place you may appear, if you so desire.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP

　　　　　　　　　　　　　　　　　　　　　By: /s/James M. Allen
　　　　　　　　　　　　　　　　　　　　　　　　James M. Allen

| | |
|---|---|
| James M. Allen<br>Hinshaw & Culbertson LLP<br>100 Park Avenue<br>P.O. Box 1389<br>Rockford, IL 61105-1389<br>815-490-4900<br>Fax: 815-490-4901<br>jallen@hinshawlaw.com | John E. Sebastian<br>Albert L. Chollet III<br>Hinshaw & Culbertson LLP<br>222 N. LaSalle, Suite 300<br>Chicago, IL 60601<br>312-704-3000<br>Fax: 312-704-3001<br>jsebastian@hinshawlaw.com |