*United States District Court for the Northern District of Illinois*

Case Number: 08 C 50008        Assigned/IssuedBy: ____

## FEE INFORMATION

**Amount Due:**   ☐ $350.00   ☐ $39.00   ☐ $5.00
                  ☐ IFP       ☒ No Fee   ☐ Other ____

**FILED**
**JAN 15 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Paid: _____          Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**
☒ Summons                        ☐ Alias Summons
☐ Third Party Summons            ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
       (Type of Writ)

9 Original and 9 copies on 1-15-08 as to all defts
                          (Date)