IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Travelers Casualty and Surety Company of America, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 2008 C 50008 |
| v. | ) ) ) | |
| Young Construction & Paving, LLC; Karen B. Young; Gordon T. Young; Jeffrey D. Young; Monica L. Young; Joseph Wells; Teri Wells; Luke D. Vander Bleek; and Joan L. Vander Bleek, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

YOU ARE HEREBY NOTIFIED, that on February 1, 2008, at 1:30 p.m. or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Judge Mahoney in the room occupied by him, or in his absence, any other Judge that may be presiding in said Court Room, in the United States District Court, 211 South Court Street, at Rockford, Illinois, and then and there:  Present **Plaintiff's Motion for Preliminary Injunction**, a copy of which is attached hereto, at which time and place you may appear, if you so desire.

Respectfully submitted,

HINSHAW & CULBERTSON LLP


By:  /s/James M. Allen
      James M. Allen


James M. Allen
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900
Fax:  815-490-4901
jallen@hinshawlaw.com

John E. Sebastian
Albert L. Chollet III
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
Fax:  312-704-3001
jsebastian@hinshawlaw.com

70550569v1 884588

### AFFIDAVIT OF SERVICE

The undersigned certifies that on January 28, 2008, she served a copy of the foregoing

Notice of Motion upon the following:

Young Construction & Paving, LLC
c/o William A. Burch
301 East Main Street
Morrison, Illinois 61270

Karen B. Young
1215 Magnolia Drive
Carrollton, Texas 75007

Gordon T. Young
1215 Magnolia Drive
Carrollton, Texas 75007

Jeffrey D. Young
537 West Palace Row
Geneseo, Illinois 61254

Monica L. Young
537 West Palace Row
Geneseo, Illinois 61254

Joseph Wells
54 Prairie Drive
Sterling, Illinois 61081

Teri Wells
54 Prairie Drive
Sterling, Illinois 61081

Luke D. Vander Bleek
504 Portland Avenue
Morrison, Illinois 61270

Joan L. Vander Bleek
504 Portland Avenue
Morrison, Illinois 61270

via UPS overnight delivery and by depositing a copy thereof, enclosed in an envelope, in the

United States Mail at Rockford, Illinois, proper postage prepaid, at or about the hour of 5:00

o'clock p.m., addressed as above.

                                     /s/ James M. Allen_____

SUBSCRIBED and SWORN to
before me this 28th day of January, 2008.


_____
Notary Public


HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389

815-490-4900