**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-CV-50008 |
|---|---|
| Travelers Casualty and Surety Company of America vs Young Construction & Paving, LLC, et al., | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
GORDON T. YOUNG and JEFFREY D. YOUNG, defendants

| NAME (Type or print) |
|---|
| RICHARD K. VAN EVERA |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Richard K. Van Evera |
| FIRM |
| Barrick Switzer Long Balsley & Van Evera, LLP |
| STREET ADDRESS |
| 6833 Stalter Drive, 1st Floor |
| CITY/STATE/ZIP |
| Rockford, IL  61108 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3122969 | (815) 962-6611 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐