## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number: 08-CV-50008

TRAVELERS CASUALTY AND SURETY COMPANY OF
AMERICA vs. YOUNG CONSTRUCTION & PAVING, LLC,
et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOSEPH WELLS, Defendant
TERRI WELLS, Defendant
LUKE D. VANDER BLEEK, Defendant
JOAN L. VANDER BLEEK, Defendant

| | |
|---|---|
| NAME (Type or print) ROBERT A. FREDRICKSON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ [signature] | |
| FIRM RENO & ZAHM, LLP | |
| STREET ADDRESS 2902 McFARLAND RD., SUITE 400 | |
| CITY/STATE/ZIP ROCKFORD, IL 61107 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 00868469 | TELEPHONE NUMBER 815/987-4050 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |