# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  
Travelers Casualty and Surety Company of America, Plaintiff,  
vs.  
Young Construction & Paving, LLC, et al., Defendants

Case Number: 08-cv-50008

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Gordon T. Young and Jeffrey D. Young, Defendants

| | |
|---|---|
| **NAME (Type or print)**<br>Attorney Stephen G. Balsley | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Stephen G. Balsley | |
| **FIRM**<br>Barrick, Switzer, Long, Balsley & Van Evera | |
| **STREET ADDRESS**<br>6833 Stalter Drive | |
| **CITY/STATE/ZIP**<br>Rockford, IL 61108 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>0104841 | **TELEPHONE NUMBER**<br>815/962-6611 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |