AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

CASE NUMBER: 1:08-cv-50008

V.

ASSIGNED JUDGE:

YOUNG CONSTRUCTION & PAVING, LLC;
KAREN B. YOUNG, et al.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Teri Wells
54 Prairie Drive
Sterling, Illinois 61081

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John E. Sebastian
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____          1-15-08
(By) DEPUTY CLERK                            DATE

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Travelers Casualty and Surety Company of America

                      Plaintiff(s)  |  Court No.: 08 C 50008

VS.

Young Construction & Paving, LLC; Karen B. Young, et al.,

                      Defendant(s)

### AFFIDAVIT OF SPECIAL PROCESS SERVER

_Bruce Cane_, being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Investigations, Department of Professional Regulation number 117-000898.

Type of Process: Summons and Complaint, Notice of Motion, Motion for Preliminary Injunction, and Memorandum in Support of the Motion for Preliminary Injunction
Defendant to be served: Teri Wells

SERVED/NON-SERVED the within named defendant on: 1/24/08 @ 2:36 AM/**PM**

ADDRESS WHERE ATTEMPTED OR SERVED: 54 Prairie Drive
Sterling, Illinois 61081

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age _51_  Gender M (circled)  Race _W_  Height _5'10_  Weight _171_  Hair _Brown_  Glasses Y (circled)

**X** INDIVIDUAL SERVICE by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

____ SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with: _____,
(Relationship): _____, a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.

____ CORPORATE OR GOVERNMENT SERVICE by leaving a copy of this process with _____,
(Title) _____, a person authorized to accept service and informed that person of the contents thereof.

____ POSTED

____ NON-SERVICE for the reason that after diligent investigation found _____

Additional Comments _____

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on this _28_ day of _January 2008_

_Amanda Muller_ (signature)

                                                          _Bruce Cane_
                                                         Signature of Process Server

OFFICIAL SEAL
AMANDA MULLER
NOTARY PUBLIC - STATE OF ILLINOIS
COMMISSION EXPIRES:03/18/10

Job ID: 335279