AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

V.

YOUNG CONSTRUCTION & PAVING, LLC;
KAREN B. YOUNG, et al.

CASE NUMBER: 1:08-cv-50008

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Joseph Wells
54 Prairie Drive
Sterling, Illinois 61081

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John E. Sebastian
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____          1-15-08
(By) DEPUTY CLERK                          DATE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Travelers Casualty and Surety Company of America

Plaintiff(s)

Court No.: 08 C 50008

VS.

Young Construction & Paving, LLC; Karen B. Young, et al.,

Defendant(s)

## AFFIDAVIT OF SPECIAL PROCESS SERVER

_Brew Essie_, being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Investigations, Department of Professional Regulation number 117-000898.

Type of Process: Summons and Complaint _Notice of Motion, Motion for Preliminary Injunction, and Memorandum in Support of the Motion for Preliminary Injunction_

Defendant to be served: Joseph Wells

SERVED/NON-SERVED the within named defendant on: _1/24/08 @ 2:36_ AM/**PM**

ADDRESS WHERE ATTEMPTED OR SERVED: 54 Prairie Drive
Sterling, Illinois 61081

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age _51_  Gender M **F**  Race _W_  Height _5'10_  Weight _175_  Hair _Brown_  Glasses Y **N**

____ INDIVIDUAL SERVICE by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

_X_ SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with: _Terri_
(Relationship): _Wife_, a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on
_1-28-08_.

____ CORPORATE OR GOVERNMENT SERVICE by leaving a copy of this process with _____,
(Title) _____, a person authorized to accept service and informed that person of the contents thereof.

____ POSTED

____ NON-SERVICE for the reason that after diligent investigation found _____

Additional Comments _____

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on this _28_ day of _January_, 2008

_Amanda Muller_                    _Brew Essie_
                                    Signature of Process Server

OFFICIAL SEAL
AMANDA MULLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/14/10

Job ID: 335281