AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

V.

YOUNG CONSTRUCTION & PAVING, LLC;
KAREN B. YOUNG, et al.

CASE NUMBER:   1:08-cv-50008

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Monica L. Young
537 West Palace Row
Geneseo, Illinois  61254

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John E. Sebastian
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, Illinois  60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

1-15-08
DATE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Travelers Casualty and Surety Company of America, Plaintiff,

vs.

Young Construction & Paving, LLC; et al., Defendants.

# AFFIDAVIT OF SERVICE
Case No: 1:08 cv 50008

I declare and certify that I served the document(s) stated herein;

1. Summons In A Civil Case
2. Complaint
3. Exhibits A & B
4. Travelers Casualty And Surety Company Of America's Motion For Preliminary Injunction
5. Travelers' Memorandum In Support Of Its Motion For Preliminary Injunction Against The Indemnitors
6. Exhibits A & B

on the service party Monica L. Young.

## MANNER OF SERVICE

Service Party Name on document(s): Monica L. Young

Document(s) given to: Jeffrey D. Young

Service Party Relationship: Resident-Spouse

Sex: Male     Race: Caucasian     Approximate Age: 43 Years

Service date & time: January 24, 2008 @ 5:00 p.m.

Service address: 537 W. Palace Row, Geneseo, IL 61254

I am over the age of eighteen years and not a party to this action. I am an agent of Russwurm Services, Ltd d/b/a DocumentServe Express, a licensed Private Investigation Service, Illinois License #117-001340 and Iowa License # 747. DocumentServe Express can be contacted by, e-mail at service@documentserve.com or phone at 1-800-961-4744. DocumentServe Express is located at 1800 3rd Ave., Ste. 612, Rock Island, IL 61201. **Under penalties as provided by the laws of the individual states and the United States Of America and, I certify that the statements set forth in this instrument are true and correct.**

Executed on this day January 28, 2008 by,

Russell Davis, Jr.
Process Server                           Signature

**Sworn and Signed Before Me** on this day January 28, 2008 by,

Notary Signature                 Seal

RUSSELL SCOTT DAVIS
MY COMMISSION EXPIRES
DECEMBER 26, 2010

335283