AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

CASE NUMBER: 1:08-cv-50008

V.

ASSIGNED JUDGE:

YOUNG CONSTRUCTION & PAVING, LLC;
KAREN B. YOUNG, et al.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Gordon T. Young
1215 Magnolia Drive
Carrollton, Texas  75007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John E. Sebastian
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, Illinois  60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

1-15-08
_____
DATE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Travelers Casualty and Surety Company of America

Plaintiff(s) | Court No.: 08 C 50008

VS.

Young Construction & Paving, LLC; Karen B. Young, et al.,

Defendant(s)

### AFFIDAVIT OF SPECIAL PROCESS SERVER

___Jeff Dunn___, being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Investigations, Department of Professional Regulation number 117-000898.

Type of Process: Summons and Complaint, Notice of Motion, Motion for Preliminary Injunction and Memorandum in Support of the Motion for Preliminary Injunction

Defendant to be served: Gordon T Young

**SERVED**/NON-SERVED the within named defendant on: 1/24/08 @ 3:51 AM/**PM**

ADDRESS WHERE ATTEMPTED OR SERVED: 1215 Magnolia Drive, Carrollton, Texas 75007

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age 40  Gender M/**F**  Race WHT  Height 5'8  Weight 195  Hair BLK  Glasses **Y**/N

____ **INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

**X** **SUBSTITUTE SERVICE** by leaving a copy of this process at his/her usual place of abode with: Karen B. Young, (Relationship): Spouse, a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.

____ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with _____, (Title) _____, a person authorized to accept service and informed that person of the contents thereof.

____ **POSTED**

____ **NON-SERVICE** for the reason that after diligent investigation found
_____
_____
_____

Additional Comments
_____

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on this 25 day of January 2008.

Signature of Process Server: Jeff Dunn  SCH 3084

KATHLEEN M. MILLER
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
07-18-2011

Job ID: 335285