AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

CASE NUMBER:　　1:08-cv-50008

V.

ASSIGNED JUDGE:

YOUNG CONSTRUCTION & PAVING, LLC;
KAREN B. YOUNG, et al.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Young Construction & Paving, LLC
c/o William A. Burch
301 East Main Street
Morrison, Illinois 61270

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John E. Sebastian
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(BY) DEPUTY CLERK

1-15-08
_____
DATE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Travelers Casualty and Surety Company of America, Plaintiff,

vs.

**AFFIDAVIT OF SERVICE**
Case No: 1:08-cv-50008

Young Construction & Paving, LLC; et al., Defendants.

I declare and certify that I served the document(s) stated herein;

1. Summons In A Civil Case
2. Complaint
3. Exhibits A & B
4. Travelers Casualty And Surety Company Of America's Motion For Preliminary Injunction
5. Travelers' Memorandum In Support Of Its Motion For Preliminary Injunction Against The Indemnitors
6. Exhibits A & B

on the service party Young Construction & Paving, LLC c/o William R. Shirk, Esq.

**MANNER OF SERVICE**

Service Party Name on document(s): Young Construction & Paving, LLC

Document(s) given to: William R. Shirk, Esq.

Service Party Relationship: Registered Agent

Sex: Male　　Race: Caucasian　　Approximate Age: 45-50 Years

Service date & time: January 23, 2008 @ 3:00 p.m.

Service address: 301 E. Main St., Morrison, IL 61270

I am over the age of eighteen years and not a party to this action. I am an agent of Russwurm Services, Ltd d/b/a DocumentServe Express, a licensed Private Investigation Service, Illinois License #117-001340 and Iowa License # 747. DocumentServe Express can be contacted by, e-mail at service@documentserve.com or phone at 1-800-961-4744. DocumentServe Express is located at 1800 3rd Ave., Ste. 612, Rock Island, IL 61201. **Under penalties as provided by the laws of the individual states and the United States Of America and, I certify that the statements set forth in this instrument are true and correct.**

Executed on this day January 25, 2008 by,

R. Scott Davis
Process Server

Signature

Sworn and Signed Before Me on this day January 25, 2008 by,

Notary Signature　　Seal

OFFICIAL SEAL
VANESSA R KILLIAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/04/08