# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                               Case Number: 08-CV-50008

TRAVELERS CASUALTY AND SURETY COMPANY OF
AMERICA vs. YOUNG CONSTRUCTION & PAVING, LLC,
et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOSEPH WELLS, Defendant
TERRI WELLS, Defendant
LUKE D. VANDER BLEEK, Defendant
JOAN L. VANDER BLEEK, Defendant

| | |
|---|---|
| NAME (Type or print) <br> MICHAEL J. SCHIRGER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ *(signature)* | |
| FIRM <br> RENO & ZAHM, LLP | |
| STREET ADDRESS <br> 2902 McFARLAND RD., SUITE 400 | |
| CITY/STATE/ZIP <br> ROCKFORD, IL 61107 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6290691 | TELEPHONE NUMBER <br> 815/987-4050 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |