## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-CV-50008 |
|---|---|

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA vs. YOUNG CONSTRUCTION & PAVING, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOSEPH WELLS, Defendant
TERRI WELLS, Defendant
LUKE D. VANDER BLEEK, Defendant
JOAN L. VANDER BLEEK, Defendant

| | |
|---|---|
| NAME (Type or print)<br>JACK D. WARD | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ | |
| FIRM<br>RENO & ZAHM, LLP | |
| STREET ADDRESS<br>2902 McFARLAND RD., SUITE 400 | |
| CITY/STATE/ZIP<br>ROCKFORD, IL  61107 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3125783 | TELEPHONE NUMBER<br>815/987-4050 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐