IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>YOUNG CONSTRUCTION & PAVING, LLC, KAREN B. YOUNG, GORDON T. YOUNG, JEFFREY D. YOUNG, MONICA L. YOUNG, JOSEPH WELLS, TERRI WELLS, LUKE D. VANDER BLEEK and JOAN L. VANDER BLEEK,<br><br>　　　　Defendants. | CASE NO.: 1:08-cv-50008 |

## NOTICE OF MOTION

To:　Attorney James M. Allen　　　　　Attorney John E. Sebastian
　　　Hinshaw & Culbertson, LLP　　　　Attorney Albert L. Chollet, III
　　　100 Park Avenue　　　　　　　　　Hinshaw & Culbertson, LLP
　　　P.O. Box 1389　　　　　　　　　　222 North LaSalle, Suite 300
　　　Rockford, IL 61105　　　　　　　　Chicago, IL 60601
　　　jallen@hinshawlaw.com　　　　　　jsebastian@hinshawlaw.com

　　　Attorney Robert A. Fredrickson
　　　Reno, Zahm, Folgate, Lindberg & Powell
　　　2902 McFarland Road
　　　Suite 400
　　　Rockford, IL 61107
　　　raf@renozahm.com

　　　YOU ARE HEREBY NOTIFIED, that on the 27th day of February, 2008, at 1:30 o'clock P.M., or as soon thereafter as Counsel may be heard, I shall appear before his Honor, Magistrate Judge P. Michael Mahoney, in the room usually occupied by him as a Court Room, in the United States District Court House at Rockford, Illinois, and then and there present: **Motion to Extend Time to File Affirmative Defense**, at which time and place you may appear, if you so desire.

　　　　　　　　　　　　　　　　　　　　　/s/Stephen G. Balsley
　　　　　　　　　　　　　　　　　　　　　STEPHEN G. BALSLEY

## PROOF OF SERVICE

**I HEREBY CERTIFY** that on February 15, 2008, I have served all CM/ECF Registered Participants as reflected on the NOTICE OF MOTION and that I have served all non CM/ECF participants by mailing a copy via first *class* U.S. Mail, with proper postage prepared and affixed thereon, on February 15, 2008.

　　　　　　　　　　　　　　　　　　　　　/s/Stephen G. Balsley
　　　　　　　　　　　　　　　　　　　　　STEPHEN G. BALSLEY

Stephen G. Balsley – 0104841
**BARRICK, SWITZER, LONG,**
　**BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687