# United States District Court for the Northern District of Illinois

Case Number: __08 c 50008__          Assigned/IssuedBy: __[signature]__

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP        ☒ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____      Receipt #: _____

Date Paid: _____        Fiscal Clerk: _____

**FILED FEB 19 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ISSUANCES

**Type Of Issuance:**
☐ Summons                          ☐ Alias Summons
☒ Third Party Summons              ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
   (Type of Writ)

3 Original and __3__ copies on __2-19-08__ as to __Daniel Curran,__
                              (Date)
__Roger Colmark, and Tissel, Graham & Toole Inc__

C:\wpwin80\docket\feeinfo.frm   01/01