UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Western Division

Travelers Casualty and Surety Company of America

    Plaintiff,

v.

    Case No.: 3:08−cv−50008
    Honorable Frederick J. Kapala

Young Construction & Paving, LLC, et al.

    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

    MINUTE entry before Judge P. Michael Mahoney : Initial Pretrial conference held on 2/20/2008. Defendant's Motion for extension of time to 2/27/08 to file affirmative defenses [37] is granted. Set deadlines as to motion for preliminary injunction[7] : Response due 2/27/08. Parties to hold Rule 26 Meeting. Inidividual Case management orders and briefs in support due by 3/5/2008. Initial Pretrial Conference set for 3/12/2008 at 01:30 PM.(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.