UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) No. 8-CV-50008<br>)<br>) |
| YOUNG CONSTRUCTION & PAVING, LLC; KAREN B. YOUNG; GORDON T. YOUNG; JEFFREY D. YOUNG; MONICA L. YOUNG; JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| and | ) |
| JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK, | )<br>)<br>) |
| Counter-Plaintiffs/Third-Party Plaintiffs, | )<br>) |
| vs. | )<br>) |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | )<br>)<br>) |
| Counter-Defendants, | )<br>) |
| and | ) |
| TRISSEL, GRAHAM AND TOOLE, INC., a corporation, DANIEL CURRAN, and ROGER A. COLMARK, | )<br>)<br>) |
| Third-Party Defendants. | ) |

**REPLY TO TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S
MOTION FOR PRELIMINARY INJUNCTION**

NOW COME the Defendants, JOSEPH WELLS, TERRI WELLS, LUKE D. VANDER BLEEK, and JOAN L. VANDER BLEEK, by RENO & ZAHM LLP, by Robert A. Fredrickson and Jack D. Ward, and for their Reply to Travelers Casualty and Surety Company of America's Motion for Preliminary Injunction, state as follows:

1. That Travelers has not shown the likelihood of success on the merits, and the Answer, Affirmative Defense, Counterclaim, and Third-Party Complaint of these Defendants show the invalidity and unenforceability of the underlying indemnity agreement.

2. That Joseph Wells, Terri Wells, Luke D. Vander Bleek, and Joan L. Vander Bleek have a long history and presence in the Sterling community and present no risk to Travelers to liquidate their assets and leave the area.

3. That the assets of the Wellses and Vander Bleeks are sufficient that if the Travelers successfully obtains a money judgment, the Wellses and Vander Bleeks would have the assets to pay their respective indemnity limits, and therefore Travelers has an adequate remedy at law.

WHEREFORE, the Defendants, JOSEPH WELLS, TERRI WELLS, LUKE D. VANDER BLEEK and JOAN L. VANDER BLEEK pray that the Court enter an order denying the Plaintiffs' request for preliminary injunction, and specifically any request that would require either the posting or liquidation of collateral before the case is determined on the merits inasmuch as these Defendants have shown by facts plead in a good faith defense to the validity and enforceability of the indemnity agreement.

Dated this 27 day of February, 2008.

                JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK

                By:   RENO & ZAHM LLP

                By: _____
                       Robert A. Fredrickson

RENO & ZAHM LLP
BY:   ROBERT A. FREDRICKSON, #00868469
       JACK D. WARD, #3125783
       MICHAEL J. SCHIRGER, #6290691
2902 McFarland Road
Perry Creek Plaza, Suite 400
Rockford, IL 61107
(815) 987-4050

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon the following:

Atty. John E. Sebastian
Atty. Albert L. Chollet, III
Hinshaw & Culbertson, LLP
222 No. LaSalle St., Suite 300
Chicago, IL  60601

Atty. James M. Allen
Hinshaw & Culbertson, LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105

by depositing the same in the United States Mails, postage prepaid, addressed as above,

at Rockford, Illinois on February 27, 2008.

_____

Subscribed and sworn to before me on February 27, 2008.

_____
Notary Public

ROBERT A. FREDRICKSON, #412
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, IL  61107
815/987-4050