UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Travelers Casualty and Surety Company of America, <br><br> Plaintiff, <br><br> v. <br><br> Young Construction & Paving, LLC; Karen B. Young; Gordon T. Young; Jeffrey D. Young; Monica L. Young; Joseph Wells; Terri Wells; Luke D. Vander Bleek; and Joan L. Vander Bleek, <br><br> Defendants. <br><br> Joseph Wells; Terri Wells; Luke D. Vander Bleek; and Joan L. Vander Bleek, <br><br> Counter-Plaintiffs / Third-Party Plaintiffs, <br><br> v. <br><br> Travelers Casualty and Surety Company of America, <br><br> Counter-Defendants, <br><br> and <br><br> Trissel, Graham and Toole, Inc.; Daniel Curran; and Roger A. Colmark, <br><br> Third-Party Defendants. | Case No.:  8-CV-50008 |

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S RULE 12(B)(6) MOTION TO DISMISS THE COUNTER-CLAIM OF JOSEPH WELLS, TERRI WELLS, LUKE D. VANDER BLEEK, AND JOAN L. VANDER BLEEK**

COMES NOW, Travelers Casualty and Surety Company of America ("Travelers"), by and through its undersigned counsel of the law firm Hinshaw & Culbertson LLP, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and sets forth the following Motion to Dismiss the Counter-Claim of Defendants/Counter-Claimants Joseph Wells, Terri Wells, Luke

D. Vander Bleek, and Joan L. Vander Bleek (collectively, "Counter-Claimants") for failure to state a claim upon which relief can be granted. In support thereof, Travelers relies on its Memorandum in Support which is filed contemporaneously herewith.

Based upon the foregoing, Travelers respectfully requests this Court to enter an Order dismissing the Defendants/Counter-Claimants' Counter-Claim for failure to state a claim upon which relief can be granted.

Respectfully submitted,

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**

By: s/ James M. Allen
       One of its Attorneys

| | |
|---|---|
| James M. Allen | John E. Sebastian |
| Hinshaw & Culbertson LLP | Albert L. Chollet III |
| 100 Park Avenue, P.O. Box 1389 | Hinshaw & Culbertson LLP |
| Rockford, Illinois 61105 | 222 N. LaSalle, Suite 300 |
| Telephone: 815-490-4900 | Chicago, IL 60601 |
| Facsimile: 815-490-4901 | Telephone: 312-704-3000 |
| jallen@hinshawlaw.com | Facsimile: 312-704-3001 |
| | jsebastian@hinshawlaw.com |
| | achollet@hinshawlaw.com |

2