UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Travelers Casualty and Surety Company of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Young Construction & Paving, LLC; Karen B. Young; Gordon T. Young; Jeffrey D. Young; Monica L. Young; Joseph Wells; Terri Wells; Luke D. Vander Bleek; and Joan L. Vander Bleek,<br><br>　　　　Defendants.<br><br>Joseph Wells; Terri Wells; Luke D. Vander Bleek; and Joan L. Vander Bleek,<br><br>　　　　Counter-Plaintiffs / Third-Party Plaintiffs,<br><br>v.<br><br>Travelers Casualty and Surety Company of America,<br><br>　　　　Counter-Defendants,<br><br>and<br><br>Trissel, Graham and Toole, Inc.; Daniel Curran; and Roger A. Colmark,<br><br>　　　　Third-Party Defendants. | Case No.: 8-CV-50008 |

**NOTICE OF MOTION**

TO:　All Counsel of Record

PLEASE TAKE NOTICE that on March 12, 2008 at 1:30 p.m. or as soon thereafter as this Motion may be heard, I shall appear before Honorable Judge Mahoney or any Judge sitting in his stead in courtroom 220 in the Rockford Courthouse, 211 South Court Street, Rockford, Illinois, and shall then and there present: Travelers Casualty and Surety Company's Motion to

6291313v1 884588

Dismiss the Counter-Claim of Joseph Wells, Terri Wells, Luke D. Vander Bleek and Joan L. Vander Bleek and Memorandum in Support via CM/ECF.

Respectfully submitted:

**TRAVELERS CASUALTY and SURETY COMPANY OF AMERICA**

By: /s/ James M. Allen
   One of Their Attorneys

James M. Allen
Hinshaw & Culbertson LLP
100 Park Avenue, P.O. Box 1389
Rockford, Illinois 61105
Telephone: 815-490-4900
Facsimile: 815-490-4901

John E. Sebastian, ARDC #: 6230240
Albert L. Chollet III (#6292557)
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000

2

6291313v1 884588

# CERTIFICATE OF SERVICE

      I hereby certify that on March 5, 2008, I electronically filed this **Certificate of Service** with the Clerk of the U.S. District Court, Northern District of Illinois, Western Division, using the CM/ECF system reflecting service of the **Travelers Casualty and Surety Company's Motion to Dismiss the Counter-Claim of Joseph Wells, Terri Wells, Luke D. Vander Bleek and Joan L. Vander Bleek and Memorandum in Support** to be served on:

Young Construction & Paving, LLC
c/o William A. Burch
301 East Main Street
Morrison, Illinois 61270

Karen B. Young
1215 Magnolia Drive
Carrollton, Texas 75007

Gordon T. Young
c/o Richard K. Van Evera
and Stephen G. Balsley
Barrick, Switzer, Long, Balsley & Van Evera
6833 Stalter Drive
Rockford, IL 61108
(815) 962-0687

Jeffrey D. Young
c/o Richard K. Van Evera
and Stephen G. Balsley
Barrick, Switzer, Long, Balsley & Van Evera
6833 Stalter Drive
Rockford, IL 61108
(815) 962-0687

Monica L. Young
537 West Palace Row
Geneseo, Illinois 61254

Joseph Wells
c/o Michael J. Schirger
Reno & Zahm, LLP
2902 McFarland Rd., Suite 400
Rockford, IL 61107

Teri Wells
c/o Michael J. Schirger
Reno & Zahm, LLP
2902 McFarland Rd., Suite 400
Rockford, IL 61107

Luke D. Vander Bleek
c/o Michael J. Schirger
Reno & Zahm, LLP
2902 McFarland Rd., Suite 400
Rockford, IL 61107

Joan L. Vander Bleek
c/o Michael J. Schirger
Reno & Zahm, LLP
2902 McFarland Rd., Suite 400
Rockford, IL 61107

James M. Allen
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900
jallen@hinshawlaw.com

HINSHAW & CULBERTSON LLP

By: /s/James M. Allen
     James M. Allen

6291313v1 884588