IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Travelers Casualty and Surety Company of America, | ) ) ) |
| Plaintiff, | ) ) ) Case No.: 2008 C 50008 |
| v. | ) ) |
| Young Construction & Paving, LLC; Karen B. Young; Gordon T. Young; Jeffrey D. Young; Monica L. Young; Joseph Wells; Teri Wells; Luke D. Vander Bleek; and Joan L. Vander Bleek, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**<u>NOTICE OF FILING</u>**

TO:   See Attached Service List

PLEASE TAKE NOTICE that on March 5, 2008, we filed with the Clerk of the Court, the **Travelers Casualty and Surety Company of America's Brief in Opposition to Defendants' Proposed Case Management Order**, copies of which are attached hereto and hereby served upon you.

HINSHAW & CULBERTSON LLP

By: /s/James M. Allen
    James M. Allen

James M. Allen
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900
jallen@hinshawlaw.com

70521866v1 746024

## CERTIFICATE OF SERVICE

      I hereby certify that on March 5, 2008, I electronically filed this **Certificate of Service** with the Clerk of the U.S. District Court, Northern District of Illinois, Western Division, using the CM/ECF system reflecting service of the **Travelers Casualty and Surety Company of America's Brief in Opposition to Defendants' Proposed Case Management Order** to be served on:

| | |
|---|---|
| Young Construction & Paving, LLC<br>c/o William A. Burch<br>301 East Main Street<br>Morrison, Illinois 61270 | Karen B. Young<br>1215 Magnolia Drive<br>Carrollton, Texas 75007 |
| Gordon T. Young<br>c/o Richard K. Van Evera<br>and Stephen G. Balsley<br>Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br>(815) 962-0687 | Jeffrey D. Young<br>c/o Richard K. Van Evera<br>and Stephen G. Balsley<br>Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br>(815) 962-0687 |
| Monica L. Young<br>537 West Palace Row<br>Geneseo, Illinois 61254 | Joseph Wells<br>c/o Michael J. Schirger<br>Reno & Zahm, LLP<br>2902 McFarland Rd., Suite 400<br>Rockford, IL 61107 |
| Teri Wells<br>c/o Michael J. Schirger<br>Reno & Zahm, LLP<br>2902 McFarland Rd., Suite 400<br>Rockford, IL 61107 | Luke D. Vander Bleek<br>c/o Michael J. Schirger<br>Reno & Zahm, LLP<br>2902 McFarland Rd., Suite 400<br>Rockford, IL 61107 |
| Joan L. Vander Bleek<br>c/o Michael J. Schirger<br>Reno & Zahm, LLP<br>2902 McFarland Rd., Suite 400<br>Rockford, IL 61107 | |

| | |
|---|---|
| James M. Allen<br>Hinshaw & Culbertson LLP<br>100 Park Avenue<br>P.O. Box 1389<br>Rockford, IL 61105-1389<br>815-490-4900<br>jallen@hinshawlaw.com | HINSHAW & CULBERTSON LLP<br><br>By: /s/James M. Allen<br>     James M. Allen |

70521866v1 746024