UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>                                                    Plaintiff,<br><br>vs.<br><br>YOUNG CONSTRUCTION & PAVING, LLC; KAREN B. YOUNG; GORDON T. YOUNG; JEFFREY D. YOUNG; MONICA L. YOUNG; JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK,<br><br>                                                    Defendants.<br><br>and<br><br>JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK,<br><br>                      Counter-Plaintiffs/Third-Party Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>                                     Counter-Defendants,<br><br>and<br><br>TRISSEL, GRAHAM AND TOOLE, INC., a corporation, DANIEL CURRAN, and ROGER A. COLMARK,<br><br>                                         Third-Party Defendants. | No. 8-CV-50008 |

**NOTICE OF MOTION**

To:    Attorneys of Record

PLEASE TAKE NOTICE that on March 12, 2008 at 1:30 p.m., or as soon thereafter as this Motion may be heard, I shall appear before Honorable Judge Mahoney or any Judge sitting in his stead, presiding in United States District Court, Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois and then and there present for hearing Motion to Extend Time to Conduct 26(f) Meeting and Prepare Proposed Case Management Order, a copy of which was previously served.

Dated:　　　March ____, 2008.

　　　　　　　　　　　　　　　　　　JOSEPH WELLS; TERRI WELLS;
　　　　　　　　　　　　　　　　　　LUKE D. VANDER BLEEK; and JOAN
　　　　　　　　　　　　　　　　　　L. VANDER BLEEK

　　　　　　　　　　　　　　　　　　By:　　RENO & ZAHM LLP

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Jack D. Ward

RENO & ZAHM LLP
BY:　ROBERT A. FREDRICKSON, #00868469
　　　JACK D. WARD, #3125783
　　　MICHAEL J. SCHIRGER, #6290691
2902 McFarland Road
Perry Creek Plaza, Suite 400
Rockford, IL 61107
(815) 987-4050

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon the following:

Atty. John E. Sebastian
Atty. Albert L. Chollet, III
Hinshaw & Culbertson, LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601

Atty. James M. Allen
Hinshaw & Culbertson, LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105

Atty. Steven Balsley
Barrick, Switzer, Long, Balsley & Van Evera
6833 Stalter Drive
Rockford, IL 61108

by depositing the same in the United States Mails, postage prepaid, addressed as above, at Rockford, Illinois on March 6, 2008.

_____
[signature: Penny Fox]

Subscribed and sworn to before me on
the 6th day of March, 2008.

_____
Notary Public

"OFFICIAL SEAL"
JANE BRAWNER
Notary Public, State of Illinois
My Commission Expires 09/02/09

ROBERT A. FREDRICKSON, #412
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
815/987-4050