## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Western Division

Travelers Casualty and Surety Company of America

                    Plaintiff,

v.                                     Case No.: 3:08−cv−50008

                                    Honorable Frederick J. Kapala

Young Construction & Paving, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

      MINUTE entry before Judge P. Michael Mahoney : conference held on 3/12/2008. Defendants' Motion for extension of time [44] is denied without prejudice. Parties given to 3/24/08 to file material regarding collateral posting. Magistrate Judge will rule. Plaintiff's Motion to dismiss Counterclaim [46] is entered and continued to Status hearing set for 4/2/2008 at 02:00 PM.(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.