| | |
|---|---|
| TRAVELERS CASUALTY | ) |
| | ) |
| vs. | ) Case Number **08CV50008** |
| | ) |
| DANIEL CURRAN | ) |

### AFFIDAVIT OF SERVICE OF SUMMONS OUTSIDE ILLINOIS

STATE of IOWA　　　)
　　　　　　　　　　) ss.
County of Scott　　　)

I am over 21 years of age and not a party to this case. I served the summons and a copy of the complaint upon defendant as follows:

(a) on defendant __**DANIEL CURRAN**__, by leaving a copy of the summons and of the complaint with the defendant personally on __02/26/2008__, at the hour of __14:01__ at __**220 EMERSON PLACE # 200**__, County of Scott.

(b) on defendant _____, by leaving on _____, at the hour of _____, _____, a copy of the summons and complaint at _____, Scott County, _____, his usual place of abode with _____, a person of his family, of the age of 10 years or upwards, informing that person of the contents of the summons, and also by sending on _____ a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to the defendant at his usual place of abode.

(c) on defendant corporation __**TRISSEL GRAHAM & TOOLE INC**__, by leaving a copy of the summons and of the complaint __**DEANNA SCHWAB**__ of the corporation on __02/26/2008__, at the hour of __14:01__, at __**220 EMERSON PL #200, DAV**__ County of Scott.

| | |
|---|---|
| Fees . . . . . . . . .$　25.00 | Scott County Sheriff  Dennis Conard |
| Mileage . . . . . $　1.00 | by **0047 - DEP. TARA DINNEWETH** |
| Copies . . . . . . .$　1.00 | (Deputy Sheriff) |
| Total . . . . . . . .$　27.00 | signed and sworn to before me |

　　　　　　　　　　　　　　　　　　_2/29_____, 20_08_

　　　　　　　　　　　　　　　　　_Linda Johnson_____
　　　　　　　　　　　　　　　　　　　　　　(Notary Public)

**LINDA JOHNSON**
Commission Number 750967
My Commission Expires
1-29-11

# DENNIS CONARD, SHERIFF



**Michael K. Brown**
Chief Deputy Sheriff

**Clifford G. Tebbitt**
Jail Administrator

EMERGENCY 9-1-1
(563) 326-8625
(563) 326-8689 (FAX)

400 West 4th Street
Davenport, Iowa 52801-1187

www.scottcountyiowa.com
sheriff@scottcountyiowa.com

---

**Warrant Number:** 25894　　**Warrant Date:** 02/29/2008　　**Warrant Amount:** 33.00

Process Type: **Service**

| Plaintiff / Defendant | Case / Notes | Status | Date |
|---|---|---|---|
| TRAVELERS CASUALTY / DANIEL CURRAN | 08CV50008 | Served | 02/26/2008 |
| TRAVELERS CASUALTY / TRISSEL GRAHAM & TOOLE INC | 08CV50008 | Served | 02/26/2008 |

**THIS IS NOT A BILL**

AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

DENNIS CONARD
SCOTT COUNTY, IOWA
2008 FEB 25 A 11: 26
RECEIVED

PLAINTIFF

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

JOSEPH WELLS, TERRI WELLS, LUKE D. VANDER BLEEK, AND JOAN L. VANDER BLEEK

CASE NUMBER: 08-CV-50008

ASSIGNED JUDGE: Frederick J. Kapala

V. THIRD PARTY DEFENDANT

TRISSEL, GRAHAM AND TOOLE, INC., a corporation, DANIEL CURRAN, and ROGER A. COLMARK

DESIGNATED MAGISTRATE JUDGE: P. Michael Mahoney

TO: Name and address of Third Party Defendant

Trissel, Graham & Toole, Inc.
c/o Deanna L. Schwab
220 Emerson Place, Suite 200
Davenport, IA 52801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Hinshaw & Culbertson, LLP
222 No. LaSalle St., Suite 300
Chicago, IL 60601

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Reno & Zahm LLP
2902 McFarland Rd., Suite 400
Rockford, IL 61107
815-987-4050

an answer to the third-party complaint which is herewith served upon you within ~~30~~ 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

_____　　　　　　　　　　　　　2-19-08
(By) DEPUTY CLERK　　　　　　　　　　　　　　　　　　DATE

AO 441  (Rev. 09/00) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| Executed on _____  _____<br>Date                                      *Signature of Server*<br><br>_____<br>*Address of Server* |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.