UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

TRAVELERS CASUALTY AND )
SURETY COMPANY OF AMERICA, )
                                                                            )
        Plaintiff, )
vs. ) CASE NO.:  1:08-cv-50008
                                                                            )
YOUNG CONSTRUCTION & PAVING, )
LLC, KAREN B. YOUNG, GORDON T. )
YOUNG, JEFFREY D. YOUNG, )
MONICA L. YOUNG, JOSEPH WELLS, )
TERRI WELLS, LUKE D. VANDER )
BLEEK and JOAN L. VANDER BLEEK, )
                                                                            )
        Defendants. )

## **BRIEF IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

NOW COMES the Defendants, YOUNG CONSTRUCTION & PAVING, LLC, KAREN B. YOUNG, GORDON T. YOUNG, JEFFREY D. YOUNG and MONICA L. YOUNG, by their attorneys, BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, and concur in the Brief filed herein by the Defendants, VANDER BLEEK and WELLS.

Specifically, the Defendants MONICA L. YOUNG and KAREN B. YOUNG, have not been actively involved in the business known as YOUNG CONSTRUCTION & PAVING, LLC. The Defendants do not have firsthand knowledge of the allegations set forth in the Brief filed by Defendants, VANDER BLEEK and WELLS. If the allegations are true, one or more of the Defendants herein have a basis for a defense.

The Defendants request the Court for an opportunity to conduct limited discovery prior to the hearing on the Motion for Preliminary Injunction in order to

determine misrepresentations that may have been perpetrated by the agent for the Plaintiff.

          Respectfully submitted,

          BARRICK, SWITZER, LONG,
           BALSLEY & VAN EVERA

          By:

          /s/Stephen G. Balsley
          STEPHEN G. BALSLEY

Stephen G. Balsley – 0104841
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>YOUNG CONSTRUCTION & PAVING, )<br>LLC, KAREN B. YOUNG, GORDON T. )<br>YOUNG, JEFFREY D. YOUNG, MONICA L. )<br>YOUNG, JOSEPH WELLS, TERRI WELLS, )<br>LUKE D. VANDER BLEEK and JOAN L. )<br>VANDER BLEEK, )<br>)<br>Defendants.  ) | CASE NO.:  1:08-cv-50008 |

To:   Attorney James M. Allen            Attorney John E. Sebastian
      Hinshaw & Culbertson, LLP          Attorney Albert L. Chollet, III
      100 Park Avenue                    Hinshaw & Culbertson, LLP
      P.O. Box 1389                      222 North LaSalle, Suite 300
      Rockford, IL  61105                Chicago, IL  60601
      jallen@hinshawlaw.com              jsebastian@hinshawlaw.com

      Attorney Robert A. Fredrickson
      Reno, Zahm, Folgate, Lindberg & Powell
      2902 McFarland Road
      Suite 400
      Rockford, IL 61107
      raf@renozahm.com

## NOTICE OF FILING

**I HEREBY CERTIFY** that on March 28, 2008, I electronically filed the foregoing **Brief in Support of Defendants' Reply to Plaintiff's Motion for Preliminary Injunction** with the Clerk of the United States District Court, Northern District of Illinois, for the Western Division, using the CM/ECF system, that I have served all CM/ECF Registered Participants, as reflected on the Notice of Electronic Filing and that I have served all non CM/ECF participants by mailing a copy via first-class U.S. Mail, with proper postage prepared and affixed thereon, on March 28, 2008.

/s/Stephen G. Balsley
STEPHEN G. BALSLEY

## PROOF OF SERVICE

**I HEREBY CERTIFY** that on March 28, 2008, I have served all CM/ECF Registered Participants as reflected on the Notice of Electronic Filing and that I have served all non CM/ECF participants by mailing a copy via first class U.S. Mail, with proper postage prepared and affixed thereon, on March 28, 2008.

/s/Stephen G. Balsley
STEPHEN G. BALSLEY

Stephen G. Balsley - 0104841
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687