**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Western Division**

Travelers Casualty and Surety Company of
America

Plaintiff,

v.                                                    Case No.: 3:08−cv−50008

Honorable Frederick J.
Kapala

Young Construction & Paving, LLC, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

        MINUTE entry before Judge Honorable P. Michael Mahoney: Status hearing held
on 4/2/2008. As stated in open court, parties given limited discovery to be closed on
5/5/08. Defendant's Motion to dismiss [46] is taken under advisement. Set deadlines as to
motion to dismiss[46] : Responses due by 5/2/2008. Replies due by 5/16/2008. If a party
is not going to file a brief in response or reply, it is that partys obligation, within the time
frame established by this order, to so notify the court in writing. Status hearing set for
5/7/2008 at 01:30 PM. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at **www.ilnd.uscourts.gov**.