## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Travelers Casualty & Surety
Company of America

v.

Young Construction & Paving, LLC, et al

Case Number:  8-CV-50008

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Trissel, Graham & Toole, Inc. a corporation, and Dan Curran

| | |
|---|---|
| NAME (Type or print) | |
| Anthony J. Tunney | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Anthony J. Tunney | |
| FIRM | |
| Hepler Broom, LLC | |
| STREET ADDRESS | |
| 150 N. Wacker Dr., Ste. 3100 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 2866137 | 312-230-9201 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES [x]     NO [ ]

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES [ ]     NO [x]

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES [x]     NO [ ]

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [x]   NO [ ]

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]          APPOINTED COUNSEL [ ]