UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>YOUNG CONSTRUCTION & PAVING, LLC; KAREN B. YOUNG; GORDON T. YOUNG; JEFFREY D. YOUNG; MONICA L. YOUNG; JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK,<br><br>　　　　　　　　　　　　　Defendants.<br><br>and<br><br>JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK,<br><br>　　　　　　Counter-Plaintiffs/Third-Party Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>　　　　　　　　　　　　　Counter-Defendants,<br><br>and<br><br>TRISSEL, GRAHAM AND TOOLE, INC., a corporation, DANIEL CURRAN, and ROGER A. COLMARK,<br><br>　　　　　　　　　　　　　Third-Party Defendants. | No. 8-CV-50008 |

**NOTICE OF MOTION**

To:　Attorneys of Record
　　　Mr. Roger Colmark


　　　PLEASE TAKE NOTICE that on Wednesday, May 7, 2008, at 1:30 p.m., or as soon

thereafter as this Motion may be heard, I shall appear before Honorable Judge Mahoney or any

Case 3:08-cv-50008　Document 65　Filed 05/02/2008　Page 2 of 3

Judge sitting in his stead, presiding in United States District Court, Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois and then and there present for hearing Motion for Leave to File an Amended Counterclaim, a copy of which is attached hereto.

Dated:　　　May 2, 2008.

JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK

By:　RENO & ZAHM LLP

By: _____
　　　Robert A. Fredrickson

RENO & ZAHM LLP
BY:　ROBERT A. FREDRICKSON, #00868469
　　　JACK D. WARD, #3125783
　　　MICHAEL J. SCHIRGER, #6290691
2902 McFarland Road
Perry Creek Plaza, Suite 400
Rockford, IL 61107
(815) 987-4050

-2-

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon the following:

Atty. John E. Sebastian
Atty. Albert L. Chollet, III
Hinshaw & Culbertson, LLP
Fax 312-704-3001

Atty. James M. Allen
Hinshaw & Culbertson, LLP
Fax 815-490-4901

Atty. Steven Balsley
Barrick, Switzer, Long, Balsley & Van Evera
Fax 815-962-0687

Atty. Anthony J. Tunney
Hepler, Broom, MacDonald, Hebrank,
   True & Noce, LLC
Fax 312-230-9201

Mr. Roger Colmark
Fax 815-626-9268

by faxing the same to the above persons at the above facsimile numbers, from Rockford, Illinois on May 2, 2008.

Subscribed and sworn to before me on the 2nd day of May, 2008.

_____
Notary Public

"OFFICIAL SEAL"
JANE BRAWNER
Notary Public, State of Illinois
My Commission Expires 02/02/09

Reno & Zahm LLP
ROBERT A. FREDRICKSON, #00868469
JACK D. WARD, #3125783
MICHAEL J. SCHIRGER, #6290691
2902 McFarland Road, Suite 400
Rockford, IL  61107
815/987-4050