IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Travelers Casualty and Surety Company of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Young Construction & Paving, LLC; Karen B. Young; Gordon T. Young; Jeffrey D. Young; Monica L. Young; Joseph Wells; Teri Wells; Luke D. Vander Bleek; and Joan L. Vander Bleek,<br><br>　　　　Defendants. | Case No.: 2008 C 50008 |

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that on May 23, 2008 at 9:00 a.m., or as soon thereafter as Counsel may be heard, we shall appear before Honorable Judge Kapala presiding in the Room usually occupied by him, or in his absence, before any other Judge that may be presiding in said Court Room, in the United States District Court, 211 South Court Street, at Rockford, Illinois, and then and there present:

**Hearing to Set Date for Preliminary Injunction**

At which time and place you may appear, if you so desire.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP


　　　　　　　　　　　　　　　　By: /s/James M. Allen
　　　　　　　　　　　　　　　　　　　James M. Allen

| | |
|---|---|
| James M. Allen<br>Hinshaw & Culbertson LLP<br>100 Park Avenue<br>P.O. Box 1389<br>Rockford, IL 61105-1389<br>815-490-4900<br>Fax: 815-490-4901<br>jallen@hinshawlaw.com | John E. Sebastian<br>Albert L. Chollet III<br>Hinshaw & Culbertson LLP<br>222 N. LaSalle, Suite 300<br>Chicago, IL 60601<br>312-704-3000<br>Fax: 312-704-3001<br>jsebastian@hinshawlaw.com |

70562694v1 887360

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2008, I electronically filed this **Certificate of Service** with the Clerk of the U.S. District Court, Northern District of Illinois, Western Division, using the CM/ECF system reflecting service of the **Notice of Hearing** to be served on:

Richard K. Van Evera
and Stephen G. Balsley
Barrick, Switzer, Long, Balsley & Van Evera
6833 Stalter Drive
Rockford, IL 61108
(815) 962-0687

Anthony J. Tunney
Hepler Broom, LLC
150 North Wacker Drive, Suite 3100
Chicago, IL 60606
(312) 230-9201

Jack D. Ward and
Robert A. Fredrickson
Reno & Zahm, LLP
2902 McFarland Rd., Suite 400
Rockford, IL 61107
(815) 987-4092

Roger A. Colmark
210 E. 3rd Street
Sterling, IL 61081
(815) 626-9268

HINSHAW & CULBERTSON LLP

By: /s/James M. Allen
　　James M. Allen

James M. Allen
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900
jallen@hinshawlaw.com