## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50008 | **DATE** | 5/23/2008 |
| **CASE TITLE** | Travelers vs. Young | | |

**DOCKET ENTRY TEXT:**

Hearing held on notice of motion [68] to set hearing on motion for preliminary injunction. Preliminary injunction hearing set for 9:00 a.m. on July 22, 2008.

*Docketing to mail notices.*

00:30

| | Courtroom Deputy Initials: | sw |
|---|---|---|