**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>          Plaintiff,<br><br><br>          vs.<br><br>YOUNG CONSTRUCTION & PAVING, LLC; KAREN B. YOUNG; GORDON T. YOUNG; JEFFREY D. YOUNG; MONICA L. YOUNG; JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK,<br><br>                    Defendants.<br><br>JOSEPH WELLS; TERRI WELLS; LIKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK,<br><br>          Counter-Plaintiffs / Third-Party Plaintiffs,<br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>          Counter-Defendants,<br>and<br><br>TRISSEL, GRAHAM AND TOOLE, INC.; a corporation, DANIEL CURRAN, AND ROGER A. COLMARK,<br><br>          Third-Party Defendants. | Case No.:  8-CV-50008 |

## **NOTICE OF FILING**

PLEASE TAKE NOTICE THAT, on this 4th day of June, 2008, we caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Travelers Casualty and Surety Company of America's Answer to Amended Counterclaim, a true and exact copy of which is herewith attached.

Travelers Casualty and Surety Company of America

By: /s/ John E. Sebastian
One of its Attorneys

James M. Allen
Hinshaw & Culbertson LLP
100 Park Avenue, P.O. Box 1389
Rockford, IL 61105
Telephone:    815-490-4900
Facsimile:    815-490-4901
jallen@hinshawlaw.com

John E. Sebastian
Albert L. Chollet III
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
Telephone:312-704-3000
Facsimile: 312-704-3001
jsebastian@hinshawlaw.com
achollet@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, does hereby certify that a true and correct copy of Travelers Casualty and Surety Company of America's Answer to Amended Counterclaim was filed through the Court's CM/ECF system and was served via electronic transmission.

/s/John E. Sebastian

6325760v1 887360