**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Western Division**

Travelers Casualty and Surety Company of America

                  Plaintiff,

v.                                      Case No.: 3:08−cv−50008

                                    Honorable Frederick J. Kapala

Young Construction & Paving, LLC, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 27, 2008:

     MINUTE entry before the Honorable P. Michael Mahoney : Initial pretrial conference hearing held. Parties proposed case management order approved. FRCP26(a)(1) disclosure due 7/25/08. FRCP 26(a)(2) disclosure is reserved. Amended pleadings due by and fact discovery cut−off set for 12/22/08. Dispositive motions due by 2/02/09. Discovery hearing set for 8/27/08 at 1:30 p.m. Electronic notices. (jmm−r, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.