**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| Travelers Casualty and Surety Company of America, <br><br> Plaintiff, <br><br> vs. <br><br> Young Construction & Paving, LLC; Karen B. Young; Gordon T. Young; Jeffrey D. Young; Monica L. Young; Joseph Wells; Teri Wells; Luke D. Vander Bleek; and Joan L. Vander Bleek, <br><br> Defendant, <br><br> Joseph Wells; Teri Wells; Luke D. Vander Bleek; and Joan L. Vander Bleek, <br><br> Counter-Plaintiffs/Third-Party Plaintiffs, <br><br> Travelers Casualty and Surety Company of America, <br><br> Counter-Defendant, <br><br> Trissel, Graham and Toole, Inc., a corporation, Daniel Curran, and Roger A. Colmark, <br><br> Third-Party Defendants. | Case No.  2008 C 50008 |

**MOTION TO WITHDRAW PLAINTIFF'S PENDING MOTION FOR**
**PRELIMINARY INJUNCTION**

NOW COMES the Plaintiff, Travelers Casualty and Surety Company of America, by and through one of its attorneys, James M. Allen of Hinshaw & Culbertson LLP, and for its Motion to Withdraw Plaintiff's Pending Motion for Preliminary Injunction, states as follows:

1.     On January 10, 2008, Plaintiff, Travel Casualty and Surety Company of America, filed its Motion for Preliminary Injunction, which Motion is scheduled to be heard before this court on July 22, 2008.

2.     At this time, Plaintiff requests that its Motion for Preliminary Injunction be withdrawn and this matter proceed forward in accordance with the Case Management Order previously established by the court.

WHEREFORE, Plaintiff, Travel Casualty and Surety Company of America, respectfully requests that this court withdraw Plaintiff's pending Motion for Preliminary Injunction, and for all other relief this court deems just and necessary.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: /s/James M. Allen
      James M. Allen

James M. Allen
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900
Fax:  815-490-4901
jallen@hinshawlaw.com

John E. Sebastian
Albert L. Chollet III
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
Fax:  312-704-3001
jsebastian@hinshawlaw.com

70567769v1 887360