IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Travelers Casualty and Surety Company of America, | ) ) ) |
| Plaintiff, | ) ) Case No.: 2008 C 50008 |
| v. | ) ) ) |
| Young Construction & Paving, LLC; Karen B. Young; Gordon T. Young; Jeffrey D. Young; Monica L. Young; Joseph Wells; Teri Wells; Luke D. Vander Bleek; and Joan L. Vander Bleek, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING

TO:   See Attached Service List

PLEASE TAKE NOTICE that on July 11, 2008, we filed with the Clerk of the Court, Plaintiff's Motion to Withdraw Plaintiff's Pending Motion for Preliminary Injunction, copies of which are attached hereto and hereby served upon you.

        Respectfully submitted,

        HINSHAW & CULBERTSON LLP


        By:  /s/James M. Allen
            James M. Allen

| | |
|---|---|
| James M. Allen | John E. Sebastian |
| Hinshaw & Culbertson LLP | Albert L. Chollet III |
| 100 Park Avenue | Hinshaw & Culbertson LLP |
| P.O. Box 1389 | 222 N. LaSalle, Suite 300 |
| Rockford, IL 61105-1389 | Chicago, IL 60601 |
| 815-490-4900 | 312-704-3000 |
| Fax:  815-490-4901 | Fax:  312-704-3001 |
| jallen@hinshawlaw.com | jsebastian@hinshawlaw.com |

70567937v1 887360

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2008, I electronically filed this **Certificate of Service** with the Clerk of the U.S. District Court, Northern District of Illinois, Western Division, using the CM/ECF system reflecting service of the **Notice of Filing and Motion to Withdraw Plaintiff's Pending Motion for Preliminary Injunction** to be served on:

| | |
|---|---|
| Richard K. Van Evera<br>and Stephen G. Balsley<br>Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br>(815) 962-0687 | Jack D. Ward and<br>Robert A. Fredrickson<br>Reno & Zahm, LLP<br>2902 McFarland Rd., Suite 400<br>Rockford, IL 61107<br>(815) 987-4092 |
| Anthony J. Tunney<br>Hepler Broom, LLC<br>150 North Wacker Drive, Suite 3100<br>Chicago, IL 60606<br>(312) 230-9201 | Roger A. Colmark<br>210 E. 3rd Street<br>Sterling, IL 61081<br>(815) 626-9268 |

HINSHAW & CULBERTSON LLP

By: /s/James M. Allen
     James M. Allen

James M. Allen
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900
jallen@hinshawlaw.com