# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Travelers Casualty and Surety Company of
America

                                          Plaintiff,

v.                                                                      Case No.: 3:08−cv−50008

                                          Honorable Frederick J.
Kapala

Young Construction & Paving, LLC, et al.

                                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2008:

      MINUTE entry before the Honorable Frederick J. Kapala:Plaintiff's motion to withdraw [73] motion for preliminary injunction [7] is granted. Hearing set for July 22, 2008 is cancelled. Mailed notice(sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.