UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>                                  Plaintiff,<br><br>vs.<br><br>YOUNG CONSTRUCTION & PAVING, LLC; KAREN B. YOUNG; GORDON T. YOUNG; JEFFREY D. YOUNG; MONICA L. YOUNG; JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK,<br><br>                                  Defendants.<br><br>and<br><br>JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK,<br><br>            Counter-Plaintiffs/Third-Party Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>                                Counter-Defendants,<br><br>and<br><br>TRISSEL, GRAHAM AND TOOLE, INC., a corporation, DANIEL CURRAN, and ROGER A. COLMARK,<br><br>                                Third-Party Defendants. | No. 8-CV-50008 |

**MOTION FOR LEAVE TO FILE AN AMENDED THIRD PARTY COMPLAINT**

NOW COME the Counter-Plaintiffs, JOSEPH WELLS, TERRI WELLS, LUKE D. VANDER BLEEK, and JOAN L. VANDER BLEEK, by RENO & ZAHM LLP, by Robert A. Fredrickson and Jack D. Ward, and for their Motion for Leave to File an Amended Third Party

Complaint to add an additional count as to Curran, Trissel, Graham & Toole, and Colmark and to add as to Sauk Valley Bank as an additional third party defendant, and in support of said motion states as follows:

1.  That certain amendments as shown forth in the amended third party complaint, namely the addition of additional counts as to Colmark, Curran, Trissel, Graham & Toole, and Travelers are in order based on the discovery information developed from the Colmark and Curran discovery.

2.  That the Sauk Valley Bank is a proper party in that the bank participated in certain misrepresentations that induced the third party plaintiff to enter into the Young loan transaction and obligations relative thereto.

3.  That the parties Colmark, Curran, and Trissel, Graham & Toole, and Travelers (through their agent) and Sauk Valley Bank all knew that various parts of the transaction and financial condition fo Young Construction & Paving and its collateral relationship and obligations to the bank were misrepresented to Vander Bleek and Wells.

WHEREFORE, the Third-Party Plaintiffs pray that the Court grant them leave to file instanter the Amended Third Party Complaint attached hereto.

Dated this __16__ day of July, 2008.

JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK

By:　RENO & ZAHM LLP

By: _____
　　　Robert A. Fredrickson

RENO & ZAHM LLP
BY:　ROBERT A. FREDRICKSON, #00868469
　　　JACK D. WARD, #3125783
　　　MICHAEL J. SCHIRGER, #6290691
2902 McFarland Road
Perry Creek Plaza, Suite 400
Rockford, IL 61107
(815) 987-4050

-2-

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon the following:

Atty. James M. Allen
Hinshaw & Culbertson, LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105
Fax No. 815-490-4901

Atty. John E. Sebastian
Atty. Albert L. Chollet, III
Hinshaw & Culbertson, LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
Fax No. 312-704-3001

Mr. Roger Colmark
210 E. 3rd Street
Sterling, IL 61081
Fax No. 815-626-9268

Atty. Anthony J. Tunney
Hepler, Broom, MacDonald, Hebrank,
  True & Noce, LLC
150 N. Wacker Dr., Suite 3100
Chicago, IL 60606
Fax No. 312-230-9201

Atty. Steven Balsley
Barrick, Switzer, Long, Balsley & Van Evera
6833 Stalter Drive
Rockford, IL 61108
Fax No. 815-962-0687

by depositing the same in the United States Mails, postage prepaid, addressed as above, at Rockford, Illinois on July 16, 2008.

_____Penny Fox_____

Subscribed and sworn to before me on July 16, 2008.

_____
Notary Public

"OFFICIAL SEAL"
JANE BRAWNER
Notary Public, State of Illinois
My Commission Expires 09/02/09

ROBERT A. FREDRICKSON, #412
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
815/987-4050