UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>YOUNG CONSTRUCTION & PAVING, LLC; KAREN B. YOUNG; GORDON T. YOUNG; JEFFREY D. YOUNG; MONICA L. YOUNG; JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK,<br><br>            Defendants.<br><br>and<br><br>JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK,<br><br>    Counter-Plaintiffs/Third-Party Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>            Counter-Defendants,<br><br>and<br><br>TRISSEL, GRAHAM AND TOOLE, INC., a corporation, DANIEL CURRAN, and ROGER A. COLMARK,<br><br>            Third-Party Defendants. | No. 8-CV-50008 |

**MOTION FOR LEAVE TO FILE A SECOND AMENDED COUNTERCLAIM**

NOW COME the Counter-Plaintiffs, JOSEPH WELLS, TERRI WELLS, LUKE D. VANDER BLEEK, and JOAN L. VANDER BLEEK, by RENO & ZAHM LLP, by Robert A.

Fredrickson and Jack D. Ward, and for their Motion for Leave to File a Second Amended Counterclaim, and in support of said motion states as follows:

That based on the deposition testimony of Roger Colmark and Daniel Curran, additional facts have been elicited which bear on the issues which are the subject of the Counterclaim.

WHEREFORE, the Counter-Plaintiffs pray that the Court grant them leave to file instanter the Second Amended Counterclaim attached hereto.

Dated this _____ day of July, 2008.

        JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK

By:    RENO & ZAHM LLP

By: _____
     Robert A. Fredrickson

RENO & ZAHM LLP
BY:   ROBERT A. FREDRICKSON, #00868469
      JACK D. WARD, #3125783
      MICHAEL J. SCHIRGER, #6290691
2902 McFarland Road
Perry Creek Plaza, Suite 400
Rockford, IL 61107
(815) 987-4050

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon the following:

Atty. James M. Allen
Hinshaw & Culbertson, LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105
Fax No. 815-490-4901

Atty. John E. Sebastian
Atty. Albert L. Chollet, III
Hinshaw & Culbertson, LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
Fax No. 312-704-3001

Mr. Roger Colmark
210 E. 3rd Street
Sterling, IL 61081
Fax No. 815-626-9268

Atty. Anthony J. Tunney
Hepler, Broom, MacDonald, Hebrank,
  True & Noce, LLC
150 N. Wacker Dr., Suite 3100
Chicago, IL 60606
Fax No. 312-230-9201

Atty. Steven Balsley
Barrick, Switzer, Long, Balsley & Van Evera
6833 Stalter Drive
Rockford, IL 61108
Fax No. 815-962-0687

by facsimile transmission to the above fax numbers, at Rockford, Illinois on July 21, 2008.

_____
Penny Fox

Subscribed and sworn to before
me on July 21, 2008.

_____
Notary Public

OFFICIAL SEAL
STEPHANIE A. ERDMAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-31-2009

ROBERT A. FREDRICKSON, #412
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
815/987-4050