UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> YOUNG CONSTRUCTION & PAVING, LLC; KAREN B. YOUNG; GORDON T. YOUNG; JEFFREY D. YOUNG; MONICA L. YOUNG; JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK, <br><br> Defendants. <br><br> and <br><br> JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK, <br><br> Counter-Plaintiffs/Third-Party Plaintiffs, <br><br> vs. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Counter-Defendant, <br><br> and <br><br> TRISSEL, GRAHAM AND TOOLE, INC., a corporation, DANIEL CURRAN, and ROGER A. COLMARK, <br><br> Third-Party Defendants. | No. 8-CV-50008 |

**NOTICE OF MOTION**

To:   Attorneys of Record
      Roger A. Colmark

    PLEASE TAKE NOTICE that on Wednesday, July 23, 2008, at 1:30 p.m., or as soon thereafter as this Motion may be heard, I shall appear before Honorable Judge Mahoney or

any Judge sitting in his stead, presiding in United States District Court, Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois and then and there present for hearing Motion for Leave to File an Amended Counterclaim, a copy of which is attached hereto.

Dated:    July 21, 2008.

                                          JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK

                                          By:    RENO & ZAHM LLP

                                          By:    _____
                                                        Robert A. Fredrickson

RENO & ZAHM LLP
BY:    ROBERT A. FREDRICKSON, #00868469
       JACK D. WARD, #3125783
       MICHAEL J. SCHIRGER, #6290691
2902 McFarland Road
Perry Creek Plaza, Suite 400
Rockford, IL 61107
(815) 987-4050

-2-

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon the following:

Atty. James M. Allen
Hinshaw & Culbertson, LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105
Fax No. 815-490-4901

Atty. Anthony J. Tunney
Hepler, Broom, MacDonald, Hebrank,
  True & Noce, LLC
150 N. Wacker Dr., Suite 3100
Chicago, IL 60606
Fax No. 312-230-9201

Atty. John E. Sebastian
Atty. Albert L. Chollet, III
Hinshaw & Culbertson, LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
Fax No. 312-704-3001

Atty. Steven Balsley
Barrick, Switzer, Long, Balsley & Van Evera
6833 Stalter Drive
Rockford, IL 61108
Fax No. 815-962-0687

Mr. Roger Colmark
210 E. 3rd Street
Sterling, IL 61081
Fax No. 815-626-9268

by facsimile transmission to the above fax numbers, at Rockford, Illinois on July 21, 2008.

_____

Subscribed and sworn to before
me on July 21, 2008.

_____
Notary Public

OFFICIAL SEAL
STEPHANIE A. ERDMAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-31-2009

ROBERT A. FREDRICKSON, #412
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
815/987-4050