IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

TRAVELERS CASUALTY AND SURETY          )
COMPANY OF AMERICA,                     )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )    CASE NO.:  1:08-cv-50008
                                        )
YOUNG CONSTRUCTION & PAVING,            )
LLC, KAREN B. YOUNG, GORDON T.          )
YOUNG, JEFFREY D. YOUNG, MONICA L.      )
YOUNG, JOSEPH WELLS, TERRI WELLS,       )
LUKE D. VANDER BLEEK and JOAN L.        )
VANDER BLEEK,                           )
                                        )
            Defendants.                 )

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS

NOW COMES STEPHEN G. BALSLEY, RICHARD K. VAN EVERA and

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, and moves the Court for leave

to withdraw from representing the Defendants, YOUNG CONSTRUCTION & PAVING,

LLC, KAREN B. YOUNG, GORDON T. YOUNG, JEFFREY D. YOUNG and MONICA L.

YOUNG, pursuant to LR83.17 in the above-captioned matter, and in support thereof

states as follows:

1.     The above-captioned matter was filed in the United States District Court

for the Northern District of Illinois, Western Division on January 10, 2008.

2.     STEPHEN G. BALSLEY, RICHARD K. VAN EVERA and BARRICK,

SWITZER, LONG, BALSLEY & VAN EVERA entered their appearance for the

Defendants, GORDON T. YOUNG and JEFFREY D. YOUNG on January 31, 2008 and

on February 7, 2008, and their appearance for YOUNG CONSTRUCTION & PAVING,

LLC, KAREN B. YOUNG and MONICA L. YOUNG on February 15, 2008

3.     The aforesaid Defendants had previously agreed to retain the same

counsel to represent all co-defendants in this matter.

4.     Since the commencement of the case, facts and allegations have developed that create potential conflicts of interest between various Defendants.

5.     It is in the best interest of the said Defendants, YOUNG CONSTRUCTION & PAVING, LLC, KAREN B. YOUNG, GORDON T. YOUNG, JEFFREY D. YOUNG and MONICA L. YOUNG, that they have independent counsel to advise them on the various claims arising in this matter and possible cross-complaints.

WHEREFORE, Movant, STEPHEN G. BALSLEY, RICHARD K. VAN EVERA and BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, respectfully request that this Court grant this Motion to Withdraw as Counsel and provide the Defendants, YOUNG CONSTRUCTION & PAVING, LLC, KAREN B. YOUNG, GORDON T. YOUNG, JEFFREY D. YOUNG and MONICA L. YOUNG, a reasonable opportunity to retain and employ substitute counsel.

> BARRICK, SWITZER, LONG,
>   BALSLEY & VAN EVERA,
>
> By:
>
> /s/Stephen G. Balsley
> STEPHEN G. BALSLEY

Stephen G. Balsley – 0104841
**BARRICK, SWITZER, LONG,**
  **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>YOUNG CONSTRUCTION & PAVING, LLC, KAREN B. YOUNG, GORDON T. YOUNG, JEFFREY D. YOUNG, MONICA L. YOUNG, JOSEPH WELLS, TERRI WELLS, LUKE D. VANDER BLEEK and JOAN L. VANDER BLEEK,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    CASE NO.: 08-CV-50008<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

To:    SEE ATTACHED SERVICE LIST

### NOTICE OF FILING

I **HEREBY CERTIFY** that on July _24_ , 2008, I electronically filed the foregoing **Motion for Leave to Withdraw as Counsel for Defendants** with the Clerk of the United States District Court, Northern District of Illinois, for the Western Division, using the CM/ECF system, that I have served all CM/ECF Registered Participants, as reflected on the Notice of Electronic Filing and that I have served all non CM/ECF participants by mailing a copy via first-class U.S. Mail, with proper postage prepared and affixed thereon, on July 22, 2008.

/s/Stephen G. Balsley
STEPHEN G. BALSLEY

### PROOF OF SERVICE

I **HEREBY CERTIFY** that on July _24_ , 2008, I have served all CM/ECF Registered Participants as reflected on the Notice of Electronic Filing and that I have served all non CM/ECF participants by mailing a copy via first class U.S. Mail, with proper postage prepared and affixed thereon, on July 22, 2008.

/s/Stephen G. Balsley
STEPHEN G. BALSLEY

Stephen G. Balsley - 0104841
**BARRICK, SWITZER, LONG,**
  **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

## SERVICE LIST

*Travelers Casualty & Surety Company of America vs. Young Construction & Paving, LLC, et al.*
United States District Court
Northern District of Illinois, Western Division
No: 08-CV-50008

### Plaintiff, Counter-Defendant - Travelers Casualty and Surety Company of America

Attorney John Edward Sebastian
Hinshaw & Culbertson (Chicago)
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
Telephone: 312/704-3000
Email: jsebastian@hinshawlaw.com

Attorney Albert L. Chollet, III
Hinshaw & Culbertson (Chicago)
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
Telephone: 312/704-3000
Email: achollet@hinshawlaw.com

Attorney Barry Francis MacEntee
Hinshaw & Culbertson (Chicago)
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
Telephone: 312/704-3000
Email: bmacentee@hinshawlaw.com

Attorney James M. Allen
Hinshaw & Culbertson
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Telephone: 815/490-4900
Email: jallen@hinshawlaw.com

### Defendants, Third-Party Plaintiffs and Counter Claimants - Joseph Wells, Terri Wells, Luke D. Vander Bleek, Joan L. Vander Bleek

Attorney Jack D. Ward
Reno, Zahm, Folgate, Lindberg & Powell
2902 McFarland Road
Suite 400
Rockford, IL 61107
Telephone: 815/987-4050
Email: jdw@renozahm.com

Attorney Robert A. Fredrickson
Reno, Zahm, Folgate, Lindberg & Powell
2902 McFarland Road
Suite 400
Rockford, IL 61107
Telephone: 815/987-4050
Email: raf@renozahm.com

**Third-Party Defendant, Trissel, Graham and Toole, Inc., Dan Curran**
Attorney Anthony J. Tunney
Helper Broom, LLC
150 North Wacker Drive
Suite 3100
Chicago, IL 60606
Telephone: 312/230-9100
Email: tony.tunney@helperbroom.com