IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO.: 08-CV-50008 |
| YOUNG CONSTRUCTION & PAVING, LLC, KAREN B. YOUNG, GORDON T. YOUNG, JEFFREY D. YOUNG, MONICA L. YOUNG, JOSEPH WELLS, TERRI WELLS, LUKE D. VANDER BLEEK and JOAN L. VANDER BLEEK, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    SEE ATTACHED SERVICE LIST

YOU ARE HEREBY NOTIFIED, that on the 6th day of **August, 2008 at 1:30 o'clock p.m.**, or as soon thereafter as Counsel may be heard, I shall appear before his Honor, Magistrate Judge P. Michael Mahoney, in the room usually occupied by him as a Court Room, in the United States District Court House at Rockford, Illinois, and then and there present: **Motion for Leave to Withdraw as Counsel for Defendants.** At which time and place you may appear, if you so desire.

/s/Stephen G. Balsley
STEPHEN G. BALSLEY,
Attorney for Defendants

## PROOF OF SERVICE

**HEREBY CERTIFY** that on July _24_, 2008, I have served all CM/ECF Registered Participants as reflected on the Motion for Leave to Withdraw as Counsel for Defendants and that I have served all non CM/ECF participants by mailing a copy via first class U.S. Mail, with proper postage prepared and affixed thereon, on July _24_, 2008.

/s/Stephen G. Balsley
STEPHEN G. BALSLEY

Stephen G. Balsley – 0104841
**BARRICK, SWITZER, LONG,
  BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

## SERVICE LIST

*Travelers Casualty & Surety Company of America vs. Young Construction & Paving, LLC, et al.*
United States District Court
Northern District of Illinois, Western Division
No: 08-CV-50008

---

**Plaintiff, Counter-Defendant - Travelers Casualty and Surety Company of America**
Attorney John Edward Sebastian
Hinshaw & Culbertson (Chicago)
222 North LaSalle Street
Suite 300
Chicago, IL  60601-1081
Telephone:  312/704-3000
Email:  jsebastian@hinshawlaw.com

Attorney Albert L. Chollet, III
Hinshaw & Culbertson (Chicago)
222 North LaSalle Street
Suite 300
Chicago, IL  60601-1081
Telephone:  312/704-3000
Email:  achollet@hinshawlaw.com

Attorney Barry Francis MacEntee
Hinshaw & Culbertson (Chicago)
222 North LaSalle Street
Suite 300
Chicago, IL  60601-1081
Telephone:  312/704-3000
Email:  bmacentee@hinshawlaw.com

Attorney James M. Allen
Hinshaw & Culbertson
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
Telephone:  815/490-4900
Email:  jallen@hinshawlaw.com

**Defendants, Third-Party Plaintiffs and Counter Claimants - Joseph Wells, Terri Wells, Luke D. Vander Bleek, Joan L. Vander Bleek**
Attorney Jack D. Ward
Reno, Zahm, Folgate, Lindberg & Powell
2902 McFarland Road
Suite 400
Rockford, IL  61107
Telephone:  815/987-4050
Email:  jdw@renozahm.com

Attorney Robert A. Fredrickson
Reno, Zahm, Folgate, Lindberg & Powell
2902 McFarland Road
Suite 400
Rockford, IL  61107
Telephone:  815/987-4050
Email:  raf@renozahm.com

**Third-Party Defendant, Trissel, Graham and Toole, Inc., Dan Curran**
Attorney Anthony J. Tunney
Helper Broom, LLC
150 North Wacker Drive
Suite 3100
Chicago, IL  60606
Telephone:  312/230-9100
Email:  tony.tunney@helperbroom.com