IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>YOUNG CONSTRUCTION & PAVING, LLC; KAREN B. YOUNG; GORDON T. YOUNG; JEFFREY D. YOUNG; MONICA L. YOUNG; JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK, <br><br>　　　　Defendants. <br><br>JOSEPH WELLS; TERRI WELLS; LIKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK, <br><br>　　　Counter-Plaintiffs / Third-Party Plaintiffs, <br><br>vs. <br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br>　　　Counter-Defendants, <br>and <br><br>TRISSEL, GRAHAM AND TOOLE, INC.; a corporation, DANIEL CURRAN, AND ROGER A. COLMARK, <br><br>　　　Third-Party Defendants. | Case No.:  8-CV-50008 |

**PLAINTIFF'S RULE 26(a) DISCLOSURES**

Now comes Travelers Casualty and Surety Company of America ("Travelers"), by its attorneys, John E. Sebastian, James Allen, and Albert L. Chollet of HINSHAW & CULBERTSON LLP, and for its Rule 26(a) Disclosures, states as follows:

6344249v1 887360

Rule 26(a)(1) Disclosure.

**A.  Witnesses.**

1. Kimberly D. Zanotta, Travelers: c/o John Sebastian, Hinshaw & Culbertson LLP, 222 N. LaSalle Street, Suite 300, Chicago, Illinois 60601, telephone (312) 704-3000.

2. Russell Warner, Travelers: c/o John Sebastian, Hinshaw & Culbertson LLP, 222 N. LaSalle Street, Suite 300, Chicago, Illinois 60601, telephone (312) 704-3000.

3. Timothy G. Snyder, Travelers: c/o John Sebastian, Hinshaw & Culbertson LLP, 222 N. LaSalle Street, Suite 300, Chicago, Illinois 60601, telephone (312) 704-3000.

4. Lynn Cracraft, Travelers: c/o John Sebastian, Hinshaw & Culbertson LLP, 222 N. LaSalle Street, Suite 300, Chicago, Illinois 60601, telephone (312) 704-3000.

5. Dan Curran.

6. Gordon T. Young.

7. Jeffrey D. Young.

8. Monica L. Young.

9. Karen B. Young.

10. Joseph Wells.

11. Terri Wells.

12. Luke D. Vander Bleek.

13. Joan L. Vander Bleek.

14. Roger Colmark.

The above witnesses have knowledge regarding the issuance of the surety bonds, claims against the surety bonds, Travelers' damages, and the indemnity agreement executed by Defendants.

6344249v1 887360

B.   **Document Disclosure.**

1.   The General Agreement of Indemnity, attached as Exhibit "A" to Travelers' Amended Complaint.

2.   The Surety Bonds by Travelers on behalf of Young Construction & Paving LLC ("Young").

3.   Documents relating to claims against the Surety Bonds.

4.   Correspondence from Trissel, Graham and Toole, Inc. to Travelers.

C.   **Damages.**

Travelers' damages include payments to surety bond claimants totalling $1,799,999.00 plus expenses and fees which continue to accrue. Travelers' payments to surety bond claimants are itemized as follows:

|  | Indemnity | Expense | Totals |
|---|---|---|---|
| **Reserves:** | $1,672,999.00 | $127,000.00 | $1,799,999.00 |
| **Pending:** | $0.00 | $0.00 | $0.00 |
| **Gross Paid to Date:** | $1,451,836.22 | $52,299.60 | $1,504,135.82 |
| **Misc. Credit:** | $181,000.00 | $0.00 | $181,000.00 |
| **Net Paid to Date:** | $1,270,836.22 | $52,299.60 | $1,323,135.82 |
| **Unexpended:** | $402,162.78 | $74,700.40 | $476,863.18 |
| **Salvage to Date:** | $0.00 | $0.00 | $0.00 |

See list of payments and releases, attached hereto as Exhibit 1.

D.   **Disclosure of Experts.**

Travelers has not determined what experts it will retain to testy at trial. Travelers will timely disclose such information pursuant to the Case Management Order.

Respectfully submitted,

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**

By: /s/ Albert L. Chollet, III
      One of its Attorneys

| | |
|---|---|
| James M. Allen<br>Hinshaw & Culbertson LLP<br>100 Park Avenue, P.O. Box 1389<br>Rockford, IL 61105<br>Telephone: 815-490-4900<br>Facsimile: 815-490-4901<br>jallen@hinshawlaw.com | John E. Sebastian<br>Albert L. Chollet III<br>Hinshaw & Culbertson LLP<br>222 N. LaSalle, Suite 300<br>Chicago, IL 60601<br>Telephone: 312-704-3000<br>Facsimile: 312-704-3001<br>jsebastian@hinshawlaw.com<br>achollet@hinshawlaw.com |

**CERTIFICATE OF SERVICE**

The undersigned certifies and says that he caused a copy of the above and foregoing **Rule 26 Disclosures** to be served to:

Robert A. Frederickson
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, Illinois 61107
Fax No. 815-987-4050

Mr. Roger Colmark
210 E. 3rd Street
Sterling, Illinois 61081
Fax No. 815-626-9268

Atty. Anthony J. Tunney
Hepler, Broom, MacDonald, Hebrank, True & Noce, LLC
150 N. Wacker Dr., Suite 3100
Chicago, Illinois 60606
Fax No. 312-230-9201

Atty. Steven Balsley
Barrick, Switzer, Long, Balsley & Van Evera
6833 Stalter Drive
Rockford, Illinois 61108
Fax No. 815-962-0687

on this 25th day of July, 2008.

    /s/ Albert L. Chollet, III
    Albert L. Chollet, III