ST PAUL TRAVELERS

## AFFIDAVIT, RELEASE AND ASSIGNMENT

APR 2 2 2008

HUNT VALLEY BOND CLAIM

IN CONSIDERATION and upon receipt of the payment of Eight Thousand Fifty-Three Dollars and Fifty-Five Cents ($8,053.55) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: _4/18/08_

Mather Flare Rental, Inc.

By: _____
Its: _____

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

ALL-STATE LEGAL®

**EXHIBIT**

**1**

State of _KANSAS_

County of _Shawnee_

On _18th_ before me, _SuZane Reed - Notary_
DATE                     NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared _LARRY MATHER_,
                          NAME(S) OF SIGNER(S)

☒ personally known to me -OR- ☐  proved to me on the basis of
                                 satisfactory evidence to be the
                                 person(s) whose name(s) is/are
                                 subscribed to the within
                                 instrument and acknowledged
                                 to me that he/she/they executed
                                 the same in his/her/their
                                 authorized capacity(ies), and
                                 that by his/her/their signature(s)
                                 on the instrument the person(s),
                                 or the entity upon behalf of
                                 which the person(s) acted,
                                 executed the instrument.

**SuZane Reed**              WITNESS my hand and official seal.
Notary Public
State of Kansas
My Appt. Expires _5/5/08_    _Sue Reed_
                                 Signature of Notary

---

═══ OPTIONAL SECTION ═══

## CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

☐  INDIVIDUAL

☐  CORPORATE OFFICER(S)

_____
                    TITLE(S)

☐  PARTNER(S)    ☐  LIMITED
                 ☐  GENERAL

☐  ATTORNEY-IN-FACT

☐  TRUSTEE(S)

☐  GUARDIAN/CONSERVATOR

☐  OTHER:_____
_____
_____

---

## OPTIONAL SECTION

THIS CERTIFICATE MUST BE ATTACHED TO          TITLE OR TYPE OF DOCUMENT_____

THE DOCUMENT DESCRIBED AT RIGHT:              NUMBER OF PAGES_____ DATE OF DOCUMENT_____

Though the data requested here is not required by law,      SIGNER(S) OTHER THAN NAMED ABOVE_____
it could prevent fraudulent reattachment of this form.

«AutodocLetterStatus»                  Page 2 of 2                  «AutodocLetterIds»

## AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of One Hundred Eighty-Seven Thousand Eight Dollars and Twelve Cents ($187,008.12) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: 4-24-08

Hertz Equipment Rental Corp.

By: _Vinia McVay_

Its: _Area Supervisor_

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

State of _OKLAHOMA_

County of _OKLAHOMA_

On _04/04/08_ before me, _JANICE McVAY_
DATE          NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared _____
NAME(S) OF SIGNER(S)

☑ personally known to me -OR-  ☐ proved to me on the basis of
satisfactory evidence to be the
person(s) whose name(s) is/are
subscribed to the within
instrument and acknowledged
to me that he/she/they executed
the same in his/her/their
authorized capacity(ies), and
that by his/her/their signature(s)
on the instrument the person(s),
or the entity upon behalf of
which the person(s) acted,
executed the instrument.

SAMMIE J. DAVIS          WITNESS my hand and official seal.
Notary Public
State of Oklahoma
Commission # 07008115 Expires 03/04/11

_____
Signature of Notary

---

OPTIONAL SECTION

## CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

☐ INDIVIDUAL

☐ CORPORATE OFFICER(S)

_____
TITLE(S)

☐ PARTNER(S)    ☐ LIMITED
                ☐ GENERAL

☐ ATTORNEY-IN-FACT

☐ TRUSTEE(S)

☐ GUARDIAN/CONSERVATOR

☐ OTHER:_____

_____

---

## OPTIONAL SECTION

THIS CERTIFICATE MUST BE ATTACHED TO          TITLE OR TYPE OF DOCUMENT_____

THE DOCUMENT DESCRIBED AT RIGHT:               NUMBER OF PAGES_____ DATE OF DOCUMENT_____

Though the data requested here is not required by law,       SIGNER(S) OTHER THAN NAMED ABOVE_____
it could prevent fraudulent reattachment of this form.

«AutodocLetterStatus»          Page 2 of 2          «AutodocLetterId»

## AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of Two Hundred Eighty Thousand Seven Hundred Nineteen Dollars and Eighty-Five Cents ($280,719.85) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

This Affidavit, Release and Assignment relates only to work completed by Midwest Concrete Materials under its contract with Young Construction & Paving, LLC. Midwest Concrete Materials is entitled to additional compensation for work completed on this Project at the Jeffrey Energy Center for Westar Energy or for any other entity other than Young Construction & Paving, LLC. By signing this Affidavit, Release and Assignment, Midwest Concrete Materials is not releasing any rights it has to receive such additional compensation for such past and future work on the Project that is not pursuant to its contract with Young Construction & Paving, LLC. Further, Midwest Concrete Materials agrees that it will not look for coverage under the bond for work performed on the Jeffrey Energy Center Project for Westar Energy or any other entity. By making payment to Midwest Concrete Materials as provided in this Affidavit, the Surety agrees with the terms and conditions of this Affidavit, Release and Assignment.

Date: March 18, 2008 _____

Midwest Concrete Materials

By: _____
Robert H. Eichman, Secretary-Treasurer

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

State of Kansas

County of Riley

On March 18, 2008 before me, Jaime S. Goforth, Notary Public
DATE                    NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared Robert H. Eichman,
                    NAME(S) OF SIGNER(S)

☒ personally known to me -OR-    ☐ proved to me on the basis of
                                    satisfactory evidence to be the
                                    person(s) whose name(s) is/are
                                    subscribed to the within
                                    instrument and acknowledged
                                    to me that he/she/they executed
                                    the same in his/her/their
                                    authorized capacity(ies), and
                                    that by his/her/their signature(s)
                                    on the instrument the person(s),
                                    or the entity upon behalf of
                                    which the person(s) acted,
                                    executed the instrument.

**JAIME GOFORTH**        WITNESS my hand and official seal.
**Notary Public**
**State of Kansas**          *Jaime Goforth*
My appointment expires: 12/28/10        Signature of Notary

---

OPTIONAL SECTION

**CAPACITY CLAIMED BY SIGNER**

Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the document.

☐  INDIVIDUAL

☐  CORPORATE OFFICER(S)

_____
                    TITLE(S)

☐  PARTNER(S)        ☐ LIMITED
                    ☐ GENERAL

☐  ATTORNEY-IN-FACT

☐  TRUSTEE(S)

☐  GUARDIAN/CONSERVATOR

☐  OTHER:_____
        _____
        _____

---

**OPTIONAL SECTION**

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT_____

NUMBER OF PAGES_____ DATE OF DOCUMENT_____

SIGNER(S) OTHER THAN NAMED ABOVE_____

**AFFIDAVIT, RELEASE AND ASSIGNMENT**

IN CONSIDERATION and upon receipt of the payment of Fifty-One Thousand Five Hundred Fifty-Seven Dollars and Ninety-Three Cents ($51,557.93) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

Undersigned agrees that said discharge shall include recording a Partial Satisfaction of Lien and/or Partial Release of Lien (Kan. Stat. Ann. § 60-1103), as filed in the same Clerk's/Register's Office that the lien was filed. Undersigned agrees that this release is not effective until payment from the Surety has been received by Downey Consulting, Inc. Undersigned further agrees that said payment is to be held in trust until Downey Consulting, Inc. has filed an appropriate Partial Satisfaction of Lien and/or Partial Release of Lien with the Clerk's/Register's Office within seven (7) day upon receipt of the payment to discharge and remove that part of the lien referenced in the Partial Satisfaction of Lien and for which they are receiving payment from the Surety on the project known as: Jeffrey Energy Center, FGD Rebuild, Westar Contract #649360, Emmett Road, St. Mary's, KS 66536.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: _/ 11/4 08_

Downey Consulting, Inc.

By: _____

Its: _/ PRESIDENT_

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

State of _Nebraska_

County of _Douglas_

On _May 1, 2008_ before me, _Jennifer Wacha - Notary Public_
DATE                         NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared _Michael Dunney_
NAME(S) OF SIGNER(S)

☐ personally known to me -OR-  ☒ proved to me on the basis of
satisfactory evidence to be the
person(s) whose name(s) is/are
subscribed to the within
instrument and acknowledged
to me that he/she/they executed
the same in his/her/their
authorized capacity(ies), and
that by his/her/their signature(s)
on the instrument the person(s),
or the entity upon behalf of
which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

_Jennifer Wacha_
Signature of Notary

GENERAL NOTARY - State of Nebraska
JENNIFER WACHA
My Comm. Exp. Oct. 6, 2008

---

**OPTIONAL SECTION**

## CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

☐ INDIVIDUAL

☐ CORPORATE OFFICER(S)

_____
TITLE(S)

☐ PARTNER(S)    ☐ LIMITED
                ☐ GENERAL

☐ ATTORNEY-IN-FACT

☐ TRUSTEE(S)

☐ GUARDIAN/CONSERVATOR

☐ OTHER:_____
_____
_____

---

## OPTIONAL SECTION

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT_____

NUMBER OF PAGES_____ DATE OF DOCUMENT_____

SIGNER(S) OTHER THAN NAMED ABOVE_____

## AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of Thirty-Three Thousand Four Hundred Twenty-Two Dollars and Seventy-Eight Cents ($33,422.78) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

Undersigned agrees that said discharge shall include recording a Satisfaction of Lien and/or Release of Lien and removal of the present Subcontractor's Lien (Kan. Stat. Ann. § 60-1103), File Number 82181-8-1, as filed in the same Clerk's/Register's Office that the lien was filed. Undersigned agrees that this release is not effective until payment from the Surety has been received by Ambassador Steel Fabrication. Undersigned further agrees that said payment is to be held in trust until Ambassador Steel Fabrication has filed an appropriate Satisfaction of Lien and/or Release of Lien with the Clerk's/Register's Office within seven (7) day upon receipt of the payment to discharge and remove the lien from the project known as: Jeffrey Energy Center, FGD Rebuild, Westar Contract #649360, Emmett Road, St. Mary's, KS 66536.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above

agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: _March 4, 2008_                    Ambassador Steel Fabrication

                                         By: _[signature]_     Mary Shultz
                                         Its: _Controller_

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

Feb. 28. 2008  3:56PM                                    No. 0329   P. 6

State of _Indiana_

County of _DeKalb_

On _3/4/08_ before me, _Nadine Schmidt_
   DATE                NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC
personally appeared _Mary Shultz_
                        NAME(S) OF SIGNER(S)

☒ personally known to me -OR- ☐ proved to me on the basis of
satisfactory evidence to be the
person(s) whose name(s) is/are
subscribed to the within
instrument and acknowledged
to me that he/she/they executed
the same in his/her/their
authorized capacity(ies), and
that by his/her/their signature(s)
on the instrument the person(s),
or the entity upon behalf of
which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

_Nadine F. Schmidt_
       Signature of Notary

---

OPTIONAL SECTION
## CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

☐  INDIVIDUAL

☐  CORPORATE OFFICER(S)

_____
                    TITLE(S)

☐  PARTNER(S)    ☐  LIMITED
                 ☐  GENERAL

☐  ATTORNEY-IN-FACT

☐  TRUSTEE(S)

☐  GUARDIAN/CONSERVATOR

☐  OTHER:_____
    _____
    _____

---

## OPTIONAL SECTION

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT_____

NUMBER OF PAGES_____ DATE OF DOCUMENT_____

SIGNER(S) OTHER THAN NAMED ABOVE_____

ST PAUL TRAVELERS

APR 2 4 2008

**AFFIDAVIT, RELEASE AND ASSIGNMENT**

HU.. .....EY BOND CLAIM

IN CONSIDERATION and upon receipt of the payment of Nineteen Thousand Eight Hundred Five Dollars and Fifty-Three Cents ($19,805.53) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: 4-21-08

DL Smith Electrical Construction, Inc.

By: _____

Its: President

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

State of _Kansas_

County of _Shawnee_

On _4-21-08_ before me, _Janice Griffiths Notary Public_
DATE                    NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared _Shawn P. Smith_
NAME(S) OF SIGNER(S)

☒ personally known to me -OR- ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Janice Griffiths_
Signature of Notary

**Janice Griffiths**
NOTARY PUBLIC—STATE OF KANSAS
MY APPT EXP: _2-15-2010_

---

**CAPACITY CLAIMED BY SIGNER**

Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the document.

☐ INDIVIDUAL

☐ CORPORATE OFFICER(S)

_____
TITLE(S)

☐ PARTNER(S)    ☐ LIMITED
                ☐ GENERAL

☐ ATTORNEY-IN-FACT

☐ TRUSTEE(S)

☐ GUARDIAN/CONSERVATOR

☐ OTHER:_____
_____
_____

---

**OPTIONAL SECTION**

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT_____

NUMBER OF PAGES_____ DATE OF DOCUMENT_____

SIGNER(S) OTHER THAN NAMED ABOVE_____

TRAVELERS BOND & FINANCIAL PRODUCTS

MAY 0 1 2008

## AFFIDAVIT, RELEASE AND ASSIGNMENT

HUNT VALLEY BOND CLAIM

IN CONSIDERATION and upon receipt of the payment of Thirty-Eight Thousand Four Hundred Sixty-Six Dollars and Twenty-Five Cents ($38,466.25) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: _04-24-08_

Bettis Asphalt & Construction

By: _____

Its: _PRESIDENT_

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

State of _Kansas_

County of _Shawnee_

On _4-24-08_ before me, _ERIC H BETTIS, President_
    DATE                  NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared _ERIC H BETTIS_
                    NAME(S) OF SIGNER(S)

☒ personally known to me -OR-  ☐ proved to me on the basis of
satisfactory evidence to be the
person(s) whose name(s) is/are
subscribed to the within
instrument and acknowledged
to me that he/she/they executed
the same in his/her/their
authorized capacity(ies), and
that by his/her/their signature(s)
on the instrument the person(s),
or the entity upon behalf of
which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

Kathleen A. Bahner
NOTARY PUBLIC
State of Kansas
MY APPT. EXPIRES 5-22-08

_Kathleen A. Bahner_
Signature of Notary

━━ OPTIONAL SECTION ━━
CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

☐  INDIVIDUAL

☐  CORPORATE OFFICER(S)

    _____
              TITLE(S)

☐  PARTNER(S)    ☐  LIMITED
                 ☐  GENERAL

☐  ATTORNEY-IN-FACT

☐  TRUSTEE(S)

☐  GUARDIAN/CONSERVATOR

☐  OTHER:_____
    _____
    _____

━━━━━━━ OPTIONAL SECTION ━━━━━━━

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT_____

NUMBER OF PAGES_____ DATE OF DOCUMENT_____

SIGNER(S) OTHER THAN NAMED ABOVE_____

## AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of Five Thousand Eight Hundred Twelve Dollars and Sixty-Nine Cents ($5,812.69) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: _2/28/08_                    Salisbury Supply Co., Inc.

By: _____

Its: _____

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

State of *KANSAS*

County of *SHAWNEE*

On *2/28/08* before me, *VIRGINIA M. BOOS NOTARY PUBLIC*
  DATE            NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared *TIGHE W. LA RUE*
                    NAME(S) OF SIGNER(S)

☒ personally known to me -OR- ☐ proved to me on the basis of
satisfactory evidence to be the
person(s) whose name(s) is/are
subscribed to the within
instrument and acknowledged
to me that he/she/they executed
the same in his/her/their
authorized capacity(ies), and
that by his/her/their signature(s)
on the instrument the person(s),
or the entity upon behalf of
which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

VIRGINIA M. BOOS
Notary Public - State of Kansas
My Appt. Expires

*Virginia M. Boos*
          Signature of Notary

*Comm. Exp. 10/05/08*

---

OPTIONAL SECTION

**CAPACITY CLAIMED BY SIGNER**

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

☐ INDIVIDUAL

☐ CORPORATE OFFICER(S)

_____
              TITLE(S)

☐ PARTNER(S)    ☐ LIMITED
                ☐ GENERAL

☐ ATTORNEY-IN-FACT

☐ TRUSTEE(S)

☐ GUARDIAN/CONSERVATOR

☐ OTHER: _____
_____
_____

---

**OPTIONAL SECTION**

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

.

TITLE OR TYPE OF DOCUMENT_____

NUMBER OF PAGES_____ DATE OF DOCUMENT_____

SIGNER(S) OTHER THAN NAMED ABOVE_____

## AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of Twenty-Three Thousand Nine Hundred Twenty-Two Dollars and Thirty-Four Cents ($23,922.34) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: _3-14-08_                          Brundage-Bone Concrete Pumping

                                         By: _Paul West_
                                         Its: _Asst Manager_

> This document must be executed before a Notary Public and include the attached Notary Acknowledgment.

State of _Kansas_

County of _Saline_

On _3/14/08_ before me, _Elizabeth A. Hall_
DATE                    NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared _Paul Montoya_
NAME(S) OF SIGNER(S)

☒ personally known to me -OR- ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

_9-18-2010_

WITNESS my hand and official seal.

_Elizabeth A. Hall_
Signature of Notary

OPTIONAL SECTION
CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the document.

☐ INDIVIDUAL
☐ CORPORATE OFFICER(S)
_____
TITLE(S)
☐ PARTNER(S)   ☐ LIMITED
              ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER:_____

OPTIONAL SECTION

THIS CERTIFICATE MUST BE ATTACHED TO
THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law, it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT_____
NUMBER OF PAGES_____ DATE OF DOCUMENT_____
SIGNER(S) OTHER THAN NAMED ABOVE_____

TRAVELERS BOND & FINANCIAL PRODUCTS

MAR 0 3 2008

## AFFIDAVIT, RELEASE AND ASSIGNMENT

HUNT VALLEY BOND CLAIM

IN CONSIDERATION and upon receipt of the payment of Eighteen Thousand Four Hundred Thirty-Two Dollars and Forty-Three Cents ($18,432.43) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: _2-28-08_                          N.R. Hamm Contractor, Inc.

By: _c. Scott Anderson_
Its: _CFO - Treasurer_

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

State of *Kansas*

County of *Jefferson*

On *2/27/08* before me, *Patricia A Morse*
DATE                NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared *C. Scott Anderson*
NAME(S) OF SIGNER(S)

☑ personally known to me -OR-   ☐ proved to me on the basis of
satisfactory evidence to be the
person(s) whose name(s) is/are
subscribed to the within
instrument and acknowledged
to me that he/she/they executed
the same in his/her/their
authorized capacity(ies), and
that by his/her/their signature(s)
on the instrument the person(s),
or the entity upon behalf of
which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

*Patricia G Morse*
Signature of Notary

PATRICIA A. MORSE
Notary Public - State of Kansas
My Appt. Expires 3-16-08

═══════ OPTIONAL SECTION ═══════
## CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

☐   INDIVIDUAL

☐   CORPORATE OFFICER(S)

_____
                TITLE(S)

☐   PARTNER(S)   ☐ LIMITED
                 ☐ GENERAL

☐   ATTORNEY-IN-FACT

☐   TRUSTEE(S)

☐   GUARDIAN/CONSERVATOR

☐   OTHER:_____
    _____
    _____

═══════ OPTIONAL SECTION ═══════

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT_____

NUMBER OF PAGES_____ DATE OF DOCUMENT_____

SIGNER(S) OTHER THAN NAMED ABOVE_____

Jun. 18. 2008 1:11PM               No. 0520    P. 2

## AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of Forty-Five Thousand Three Hundred Thirty-Five Dollars and Sixty Cents ($45,335.60) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: 06.18.08             Goedecke Company

                                    By: _____
                                    Its: _____    Robert Hatty
                                                    Credit Manager
                                            314.286.3405
                                            bhatty@vlgoedecke.com

Ralph H. Wagner - Notary Public
Notary Seal, State of
Missouri - St. Charles County
Commission #05460377
My Commission Expires 9/7/2009

This document must be executed before a Notary Public and include the attached Notary Acknowledgment.

Jun. 18. 2008  1:11PM                                                    No. 0520   P. 3

State of ___Missouri___

County of ___St. Louis___

On ___18th June 08___ before me, ___Robert Haff, Credit Manager___
DATE                                NAME, TITLE OF OFFICER - E.G JANE DOE, NOTARY PUBLIC

personally appeared ___Robert Haff___
                        NAME(S) OF SIGNER(S)

[X] personally known to me -OR-  [ ] proved to me on the basis of
                                     satisfactory evidence to be the
                                     person(s) whose name(s) is/are
                                     subscribed to the within
                                     instrument and acknowledged
                                     to me that he/she/they executed
                                     the same in his/her/their
                                     authorized capacity(ies), and
                                     that by his/her/their signature(s)
                                     on the instrument the person(s),
                                     or the entity upon behalf of
                                     which the person(s) acted,
                                     executed the instrument.

> Ralph H. Wagner - Notary Public
> Notary Seal, State of
> Missouri - St. Charles County
> Commission #05460377
> My Commission Expires 9/7/2009

WITNESS my hand and official seal.

_Ralph H Wagner_
Signature of Notary

---

OPTIONAL SECTION

## CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

[ ] INDIVIDUAL

[ ] CORPORATE OFFICER(S)

_____
TITLE(S)

[ ] PARTNER(S)      [ ] LIMITED
                    [ ] GENERAL

[ ] ATTORNEY-IN-FACT

[ ] TRUSTEE(S)

[ ] GUARDIAN/CONSERVATOR

[X] OTHER: ___CREDIT MANAGER___

_____

---

## OPTIONAL SECTION

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT_____

NUMBER OF PAGES_____ DATE OF DOCUMENT_____

SIGNER(S) OTHER THAN NAMED ABOVE_____

## AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of Nine Thousand Two Hundred Six Dollars and Twenty-Eight Cents ($9,206.28) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: _4-16-08_

Rick's Concrete Sawing, Inc.

By: _James R Mann_
Its: _President_

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

State of _Kansas_

County of _Shawnee_

On _4/16/08_ before me, _Dianne J. Albert_
    DATE             NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared _James Mann_
                          NAME(S) OF SIGNER(S)

☑ personally known to me -OR- ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Dianne J. Albert
NOTARY PUBLIC—STATE OF KANSAS
MY APPT EXP 7-2-09

_Dianne J. Albert_
Signature of Notary

━━━━━━━━ OPTIONAL SECTION ━━━━━━━━
## CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the document.

☐ INDIVIDUAL

☐ CORPORATE OFFICER(S)

_____
                TITLE(S)

☐ PARTNER(S)  ☐ LIMITED
                ☐ GENERAL

☐ ATTORNEY-IN-FACT

☐ TRUSTEE(S)

☐ GUARDIAN/CONSERVATOR

☐ OTHER:_____
_____
_____

━━━━━━━━ **OPTIONAL SECTION** ━━━━━━━━

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT_____

NUMBER OF PAGES_____ DATE OF DOCUMENT_____

SIGNER(S) OTHER THAN NAMED ABOVE_____

May. 2. 2008 4:03PM                                                          No. 0436  P. 2

## AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of Three Hundred Fifty-Eight Thousand Eight Hundred Sixty-Nine Dollars and Sixty-Six Cents ($358,869.66) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: _May 5, 2008_                          Trillium Construction Services "(TCS")

                                             By: _____
                                             Its: Collections Specialist/Supervisor

**This document must be executed before a Notary
Public and include the attached Notary
Acknowledgment.**

Rev 07/16/07                      Page 1 of 2                      C-40

State of _Michigan_

County of _Kalamazoo_

On _5/5_ before me, _Carole Sweet, Notary_
DATE                NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared _Sheila Lovett_
                    NAME(S) OF SIGNER(S)

☒ personally known to me -OR-   ☐ proved to me on the basis of
                                satisfactory evidence to be the
                                person(s) whose name(s) is/are
                                subscribed to the within
                                instrument and acknowledged
                                to me that he/she/they executed
                                the same in his/her/their
                                authorized capacity(ies), and
                                that by his/her/their signature(s)
                                on the instrument the person(s),
                                or the entity upon behalf of
                                which the person(s) acted,
                                executed the instrument.

WITNESS my hand and official seal.

_Carole M Sweet_
        Signature of Notary

**CAROLE M. SWEET**
**Notary Public, Kalamazoo County, MI**
**My Commission Expires 07/15/2013**

---

OPTIONAL SECTION

**CAPACITY CLAIMED BY SIGNER**

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

☐ INDIVIDUAL

☐ CORPORATE OFFICER(S)

_____
            TITLE(S)

☐ PARTNER(S)     ☐ LIMITED
                 ☐ GENERAL

☐ ATTORNEY-IN-FACT

☐ TRUSTEE(S)

☐ GUARDIAN/CONSERVATOR

☐ OTHER:_____
        _____

OPTIONAL SECTION

THIS CERTIFICATE MUST BE ATTACHED TO          TITLE OR TYPE OF DOCUMENT_____

THE DOCUMENT DESCRIBED AT RIGHT:              NUMBER OF PAGES_____ DATE OF DOCUMENT_____

Though the data requested here is not required by law,         SIGNER(S) OTHER THAN NAMED ABOVE_____
it could prevent fraudulent reattachment of this form.

## AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of One Hundred Forty-Eight Thousand Seven Hundred Forty-Two Dollars and Ninety-Six Cents ($148,742.96) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

Undersigned agrees that said discharge shall include recording a Satisfaction of Lien and/or Release of Lien and removal of the present Subcontractor's Lien (Kan. Stat. Ann. § 60-1103), as filed in the same Clerk's/Register's Office that the lien was filed. Undersigned agrees that this release is not effective until payment from the Surety has been received by Davis J.D. Steel, LLC. Undersigned further agrees that said payment is to be held in trust until Davis J.D. Steel, LLC. has filed an appropriate Satisfaction of Lien and/or Release of Lien with the Clerk's/Register's Office within seven (7) day upon receipt of the payment to discharge and remove the lien from the project known as: Jeffrey Energy Center, FGD Rebuild, Westar Contract #649360, Emmett Road, St. Mary's, KS 66536.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: _4 - 30 - 08_          Davis J.D. Steel, LLC

                             By: _Scott Baldridge_
                             Its: _Regional Manager_

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

State of ___Missouri___

County of ___Caldwell___

On __30__ before me, ___Deloris Burnett___
DATE                   NAME, TITLE OF OFFICER - E.G. IANE DOE, NOTARY PUBLIC

personally appeared ___Scott Gold____
                          NAME(S) OF SIGNER(S)

☐ personally known to me -OR-   ☒ proved to me on the basis of
                                    satisfactory evidence to be the
                                    person(s) whose name(s) is/are
                                    subscribed to the within
                                    instrument and acknowledged
                                    to me that he/she/they executed
                                    the same in his/her/their
                                    authorized capacity(ies), and
                                    that by his/her/their signature(s)
                                    on the instrument the person(s),
                                    or the entity upon behalf of
                                    which the person(s) acted,
                                    executed the instrument.

                                    WITNESS my hand and official seal.

                                    ___Deloris Burnell___
                                        Signature of Notary

━━━━━ OPTIONAL SECTION ━━━━━
## CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

☐   INDIVIDUAL

☐   CORPORATE OFFICER(S)

    _____
              TITLE(S)

☐   PARTNER(S)   ☐ LIMITED
                 ☐ GENERAL

☐   ATTORNEY-IN-FACT

☐   TRUSTEE(S)

☐   GUARDIAN/CONSERVATOR

☐   OTHER: _____
           _____
           _____

━━━━━ OPTIONAL SECTION ━━━━━

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT _____

NUMBER OF PAGES _____ DATE OF DOCUMENT _____

SIGNER(S) OTHER THAN NAMED ABOVE _____



MY COMMISSION EXPIRES 1-14-2012
CALDWELL COUNTY
NOTARY PUBLIC - STATE OF MISSOURI
DELORIS BURNETT

## AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of Two Thousand Four Hundred Fifty-Three Dollars and Twenty-Nine Cents ($2,453.29) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim; and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: 4-14-08

St. Marys Lumber Co., Inc.

By: _____

Its: Presidet

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

State of _Kansas_

County of _Pottawatomie_

On _4/14/06_ before me, _Andrew Perry_ _Kay E Owens_
DATE      NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared _Andrew Perry_
NAME(S) OF SIGNER(S)

☑ personally known to me -OR- ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Kay E Owens_
Signature of Notary

**OPTIONAL SECTION**

## CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the document.

☐ INDIVIDUAL

☐ CORPORATE OFFICER(S)

_____
TITLE(S)

☐ PARTNER(S)    ☐ LIMITED
                ☐ GENERAL

☐ ATTORNEY-IN-FACT

☐ TRUSTEE(S)

☐ GUARDIAN/CONSERVATOR

☐ OTHER:_____
_____
_____

---

## OPTIONAL SECTION

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT_____

NUMBER OF PAGES_____ DATE OF DOCUMENT_____

SIGNER(S) OTHER THAN NAMED ABOVE_____

## AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of Two Thousand Nine Hundred Dollars and No Cents ($2,900.00) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: April 14, 2008

Gibbs Machine Shop

By: _Bobbie L Gibbs_

Its: _Vice-president_

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

State of _Illinois_

County of _Carroll_

On _4-4-08_ before me, _Kristine Stehler, Vice President_
DATE                          NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared _Barbara Dubbs, Vice President_
                     NAME(S) OF SIGNER(S)

☒ personally known to me -OR- ☐ proved to me on the basis of
satisfactory evidence to be the
person(s) whose name(s) is/are
subscribed to the within

**"OFFICIAL SEAL"**
**KIMBERLY S. GEBHARDT**
**NOTARY PUBLIC, STATE OF ILLINOIS**
**MY COMMISSION EXPIRES 02-18-2012**

instrument and acknowledged
to me that he/she/they executed
the same in his/her/their
authorized capacity(ies), and
that by his/her/their signature(s)
on the instrument the person(s),
or the entity upon behalf of
which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary

─────────── OPTIONAL SECTION ───────────
**CAPACITY CLAIMED BY SIGNER**

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

☐ INDIVIDUAL

☐ CORPORATE OFFICER(S)

_____
                              TITLE(S)

☐ PARTNER(S)        ☐ LIMITED
                    ☐ GENERAL

☐ ATTORNEY-IN-FACT

☐ TRUSTEE(S)

☐ GUARDIAN/CONSERVATOR

☐ OTHER:_____
_____
_____

──────────────── **OPTIONAL SECTION** ────────────────

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT_____

NUMBER OF PAGES_____ DATE OF DOCUMENT_____

SIGNER(S) OTHER THAN NAMED ABOVE_____

## AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of Sixteen Thousand Ninety-Six Dollars and Sixty-Four Cents ($16,096.64) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: __4/25/08__

Adelphia Metals, LLC

By: _____

Its: __ACCOUNT REPRESENTATIVE__

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

State of _Illinois_

County of _DeKalb_

On _4-25-08_ before me, _Cassie Slapak, notary public_
DATE                    NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared _David F Eelund_
                    NAME(S) OF SIGNER(S)

☐ personally known to me -OR- ☒ proved to me on the basis of
satisfactory evidence to be the
person(s) whose name(s) is/are
subscribed to the within
instrument and acknowledged
to me that he/she/they executed
the same in his/her/their
authorized capacity(ies), and
that by his/her/their signature(s)
on the instrument the person(s),
or the entity upon behalf of
which the person(s) acted,
executed the instrument.

"OFFICIAL SEAL"
Cassie L. Slapak
Notary Public, State of Illinois
DeKalb County
My Commission Expires 08-22-2010

WITNESS my hand and official seal.

_Cassie L Slapak_
Signature of Notary

---

OPTIONAL SECTION
CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

☐ INDIVIDUAL

☐ CORPORATE OFFICER(S)

_____
                TITLE(S)

☐ PARTNER(S)        ☐ LIMITED
                    ☐ GENERAL

☐ ATTORNEY-IN-FACT

☐ TRUSTEE(S)

☐ GUARDIAN/CONSERVATOR

☐ OTHER:_____
_____
_____

---

OPTIONAL SECTION

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT_____

NUMBER OF PAGES_____ DATE OF DOCUMENT_____

SIGNER(S) OTHER THAN NAMED ABOVE_____

May. 30. 2008  9:20AM     FASTENAL-SJMO                                      No. 0705    P. 2

# AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of Three Thousand Twenty-Four Dollars and Eighty-Six Cents ($3,024.86) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: _July 1, 2008_                    Fastenal Industrial & Construction Supplies (2)

                                         By: _____

                                         Its: _General Counsel_

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

Rev 07/16/03                    Page 1 of 2                    C-40

State of _MN_

County of _Winona_

On _7/1/08_ before me, _Valerie Grulkowski - Legal Asst._
    DATE                    NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared _John Jay Mugg_
                    NAME(S) OF SIGNER(S)

☒ personally known to me -OR- ☐ proved to me on the basis of
satisfactory evidence to be the
person(s) whose name(s) is/are
subscribed to the within
instrument and acknowledged
to me that he/she/they executed
the same in his/her/their
authorized capacity(ies), and
that by his/her/their signature(s)
on the instrument the person(s),
or the entity upon behalf of
which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

_Valerie Grulkowski_
Signature of Notary

Valerie L. Grulkowski
Notary Public
State of Minnesota
My Commission Expires January 31, 2011

---

┌─ OPTIONAL SECTION ─┐
**CAPACITY CLAIMED BY SIGNER**

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

☐ INDIVIDUAL

☐ CORPORATE OFFICER(S)

_____
                    TITLE(S)

☐ PARTNER(S)    ☐ LIMITED
                ☐ GENERAL

☒ ATTORNEY-IN-FACT

☐ TRUSTEE(S)

☐ GUARDIAN/CONSERVATOR

☐ OTHER:_____
_____
_____

---

**OPTIONAL SECTION**

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT_____

NUMBER OF PAGES_____ DATE OF DOCUMENT_____

SIGNER(S) OTHER THAN NAMED ABOVE_____

## AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of Fifty-Four Thousand Nine Hundred Forty Dollars and Seventy-Five Cents ($54,940.75) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: 4/22/2008

Merillat Inc. dba
Midwest Foundations Co.

By: _____
Its: President

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

State of Kansas

County of Shawnee

On 4/22/2008 before me, Kitt Heineken, Notary Public
    DATE                          NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared Chris H. Merillat
                    NAME(S) OF SIGNER(S)

☒ personally known to me -OR- ☐ proved to me on the basis of
satisfactory evidence to be the
person(s) whose name(s) is/are
subscribed to the within
instrument and acknowledged
to me that he/she/they executed
the same in his/her/their
authorized capacity(ies), and
that by his/her/their signature(s)
on the instrument the person(s),
or the entity upon behalf of
which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

NOTARY PUBLIC - State of Kansas
KITT A. HEINEKEN
My Appt. Exp. 9/16/08

_____
Signature of Notary

---

**OPTIONAL SECTION**

## CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

☐ INDIVIDUAL

☐ CORPORATE OFFICER(S)

_____
            TITLE(S)

☐ PARTNER(S)     ☐ LIMITED
                 ☐ GENERAL

☐ ATTORNEY-IN-FACT

☐ TRUSTEE(S)

☐ GUARDIAN/CONSERVATOR

☐ OTHER:_____
_____
_____

---

## OPTIONAL SECTION

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT_____

NUMBER OF PAGES_____ DATE OF DOCUMENT_____

SIGNER(S) OTHER THAN NAMED ABOVE_____

## AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of One Thousand Three Hundred Eighty-Nine Dollars and Thirty-Four Cents ($1,389.34) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: _4/22/08_                                  Mid-Continent Safety, LLC


By: _Robt Aldof_
Its: _President & Genl Manager_


**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

State of _KANSAS_

County of _SEDGWICK_

On _4/22/08_ before me, _DONNA J HYPSE, Notary Public_
DATE    NAME, TITLE OF OFFICER, E.G. JANE DOE, NOTARY PUBLIC

personally appeared _Robert Doal_
NAME(S) OF SIGNER(S)

☒ personally known to me -OR- ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

DONNA J. HYPSE
Notary Public
State of Kansas
My Appointment Expires 4/5/09

_Donna J Hypse_
Signature of Notary

---

OPTIONAL SECTION

## CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the document.

☐ INDIVIDUAL

☐ CORPORATE OFFICER(S)

_____
TITLE(S)

☐ PARTNER(S)    ☐ LIMITED
                ☐ GENERAL

☐ ATTORNEY-IN-FACT

☐ TRUSTEE(S)

☐ GUARDIAN/CONSERVATOR

☒ OTHER: _LLC OFFICER_

---

## OPTIONAL SECTION

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT _AFFIDAVIT, RELEASE AND ASSIGNMENT_

NUMBER OF PAGES _2_    DATE OF DOCUMENT _4/22/08_
_(INCLUDING THIS PAGE)_
SIGNER(S) OTHER THAN NAMED ABOVE _____

ST PAUL TRAVELERS

**AFFIDAVIT, RELEASE AND ASSIGNMENT**

MAY 2 9 2008

HUNT VALLEY BOND CLAIM

IN CONSIDERATION and upon receipt of the payment of Three Hundred Seventy Dollars and Seventy-Nine Cents ($370.79) by Travelers Cas. & Surety Co. of America (the "Surety") the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: 5/27/08                    Rockford Industrial Welding Supply

By: David Wil

Its: C.F.O.

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

State of _ILLINOIS_

County of _WINNEBAGO_

On _5/27/08_ before me, _C.F.O._
    DATE                NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC.

personally appeared _DAVID WILES_
                       NAME(S) OF SIGNER(S)

[X] personally known to me -OR- [ ] proved to me on the basis of
satisfactory evidence to be the
person(s) whose name(s) is/are
subscribed to the within
instrument and acknowledged
to me that he/she/they executed
the same in his/her/their
authorized capacity(ies), and
that by his/her/their signature(s)
on the instrument the person(s),
or the entity upon behalf of
which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

_Brian D. Bogley_
          Signature of Notary

**OFFICIAL SEAL**
Brian D. Bogley
Notary Public, State of Illinois
My Commission Expires Jan. 22, 2012

OPTIONAL SECTION
**CAPACITY CLAIMED BY SIGNER**

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

[ ] INDIVIDUAL

[X] CORPORATE OFFICER(S)

_C.F.O._
          TITLE(S)

[ ] PARTNER(S)    [ ] LIMITED
                  [ ] GENERAL

[ ] ATTORNEY-IN-FACT

[ ] TRUSTEE(S)

[ ] GUARDIAN/CONSERVATOR

[ ] OTHER:_____
_____
_____

**OPTIONAL SECTION**

THIS CERTIFICATE MUST BE ATTACHED TO

THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

TITLE OR TYPE OF DOCUMENT_____

NUMBER OF PAGES_____ DATE OF DOCUMENT_____

SIGNER(S) OTHER THAN NAMED ABOVE_____.

## AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of Ten Thousand Sixty-Two Dollars and Sixty-Five Cents ($10,062.65) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: _July 1, 2008_                    Fastenal Industrial & Construction Supplies

By: _____

Its: _General Counsel_____

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

May. 30. 2008  9:21AM   FASTENAL-SJMO                              No. 0705   P. 3

State of _MN_

County of _WINONA_

On _9/1/08_ before me, _VALERIE GRULKOWSKI - LEGAL ASST._
     DATE              NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared _JOHN JAY MILEK_
                     NAME(S) OF SIGNER(S)

☒ personally known to me -OR-   ☐ proved to me on the basis of
                                    satisfactory evidence to be the
                                    person(s) whose name(s) is/are
                                    subscribed to the within
                                    instrument and acknowledged
                                    to me that he/she/they executed
                                    the same in his/her/their
                                    authorized capacity(ies), and
                                    that by his/her/their signature(s)
                                    on the instrument the person(s),
                                    or the entity upon behalf of
                                    which the person(s) acted,
                                    executed the instrument.

┌─────────────────────────────────┐
│   (seal)  Valerie L. Grulkowski  │
│           Notary Public          │
│           State of Minnesota     │
│   My Commission Expires January 31, 2011 │
└─────────────────────────────────┘

WITNESS my hand and official seal.

_Valerie Grulkowski_
Signature of Notary

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
        OPTIONAL SECTION
  CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

☐  INDIVIDUAL

☐  CORPORATE OFFICER(S)

   _____
              TITLE(S)

☐  PARTNER(S)    ☐  LIMITED
                 ☐  GENERAL

☒  ATTORNEY-IN-FACT

☐  TRUSTEE(S)

☐  GUARDIAN/CONSERVATOR

☐  OTHER:_____
   _____
   _____

OPTIONAL SECTION

THIS CERTIFICATE MUST BE ATTACHED TO      TITLE OR TYPE OF DOCUMENT_____

THE DOCUMENT DESCRIBED AT RIGHT:          NUMBER OF PAGES_____ DATE OF DOCUMENT_____

Though the data requested here is not required by law,      SIGNER(S) OTHER THAN NAMED ABOVE_____
it could prevent fraudulent reattachment of this form.

Jun. 20. 2008  9:22AM  PROP  No. 0526  P. 3

TRAVELERS Bonds & Industrial

JUN 2 3 2008

HUNT VALLEY BOND CLAIM

## AFFIDAVIT, RELEASE AND ASSIGNMENT

IN CONSIDERATION and upon receipt of the payment of Thirty-Five Thousand Eight Hundred Eighty-Five Thousand Dollars and Seventy-Three Cents ($35,885.73) by Travelers Cas. & Surety Co. of America (the "Surety"), the undersigned releases said company from all claims of any nature which the undersigned may have against said company as Surety on Bond covering the following contract:

| | |
|---|---|
| Name of Contractor: | Young Construction & Paving LLC |
| Name of Obligee: | Westar Energy |
| Description of Contract: | Jeffrey Energy Center, Flue Gas Desulfurization (FGD) Rebuild Prj, Foundation & Civil Work, WE Cont#649360 |
| Bond No.: | 051-SB-104854329 |

In further consideration of the aforesaid payment, the undersigned hereby assigns, transfers and sets over to said Surety its above-mentioned claim or cause of action against said contractor together with all of its rights, title and interest in and to said claim, or cause of action; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to Surety for making payment at this time, undersigned hereby agrees that all guarantees and warranties required under the terms of the aforesaid contract pertaining to the work, labor and materials furnished by the undersigned shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

The undersigned further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

Date: June 20, 2008

Oldcastle Precast

By: _____

Its: Gen. Mngr.

**This document must be executed before a Notary Public and include the attached Notary Acknowledgment.**

Rev 07/16/01                    Page 1 of 2                    C-40

State of _KANSAS_

County of _SHAWNEE_

On _6/26/08_ before me, _GEORGE W. SEIBERT_
DATE          NAME, TITLE OF OFFICER - E.G. JANE DOE, NOTARY PUBLIC

personally appeared _JOHN P. CONNOLLY_
NAME(S) OF SIGNER(S)

[X] personally known to me -OR- [ ] proved to me on the basis of
satisfactory evidence to be the
person(s) whose name(s) is/are
subscribed to the within
instrument and acknowledged
to me that he/she/they executed
the same in his/her/their
authorized capacity(ies), and
that by his/her/their signature(s)
on the instrument the person(s),
or the entity upon behalf of
which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

_Signature of Notary_

GEORGE W. SEIBERT
NOTARY PUBLIC
State of Kansas
MY APPT EXPIRES 4/26/11

---

═══ OPTIONAL SECTION ═══

**CAPACITY CLAIMED BY SIGNER**

Though statute does not require the Notary to fill in the
data below, doing so may prove invaluable to persons
relying on the document.

[ ] INDIVIDUAL

[ ] CORPORATE OFFICER(S)

_____
TITLE(S)

[ ] PARTNER(S)   [ ] LIMITED
                 [ ] GENERAL

[ ] ATTORNEY-IN-FACT

[ ] TRUSTEE(S)

[ ] GUARDIAN/CONSERVATOR

[ ] OTHER: _____
_____
_____

═══ OPTIONAL SECTION ═══

THIS CERTIFICATE MUST BE ATTACHED TO     TITLE OR TYPE OF DOCUMENT_____

THE DOCUMENT DESCRIBED AT RIGHT:         NUMBER OF PAGES_____ DATE OF DOCUMENT_____

Though the data requested here is not required by law,     SIGNER(S) OTHER THAN NAMED ABOVE_____
it could prevent fraudulent reattachment of this form.

«AutodocLetterStamps»                  Page 2 of 2                  «AutodocLetterId»