UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

TRAVELERS CASUALTY AND SURETY )
COMPANY OF AMERICA, )
 )
        Plaintiff, )
vs. )   CASE NO.: 08-CV-50008
 )
YOUNG CONSTRUCTION & PAVING, )
LLC, KAREN B. YOUNG, GORDON T. )
YOUNG, JEFFREY D. YOUNG, MONICA )
L. YOUNG, JOSEPH WELLS, TERRI )
WELLS, LUKE D. VANDER BLEEK and )
JOAN L. VANDER BLEEK, )
 )
        Defendants. )

## CERTIFICATE OF MAILING

The undersigned, being first duly sworn on oath, deposes and states that **Initial Rule 26(a) Disclosure Statement** was mailed to:

SEE ATTACHED SERVICE LIST

by placing said documents in an envelope, postage prepaid, and depositing the same in the United States mail at Rockford, Illinois on August 6, 2008.

*/s/ Valerie C. Howett*

SUBSCRIBED and SWORN to before
me on August 6, 2008.

*/s/ Judith A. Dalpra*
NOTARY PUBLIC

"OFFICIAL SEAL"
JUDITH A. DALPRA
Notary Public, State of Illinois
My Commission Expires 10/17/2009

Stephen G. Balsley - 0104841
**BARRICK, SWITZER, LONG,**
  **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687