## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50008 | **DATE** | 8/6/2008 |
| **CASE TITLE** | TRAVELERS vs. YOUNG | | |

**DOCKET ENTRY TEXT:**

Defendants Gordon Young, Jeffrey Young, Young Construction, Karen Young and Monica Young's motion for Stephen G. Balsley and Richard Van Evera to withdraw as counsel is granted. Defendants given to August 27, 2008 to retain counsel. Discovery stayed until counsel appears or until August 27, 2008. Defendants or counsel to appear for discovery hearing on August 27, 2008 at 1:30 pm or it will be the Report and Recommendation that a default be entered. Withdraw counsel to notify defendants of this order.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | GG |
|---|---|---|