## United States District Court for the Northern District of Illinois

Case Number: **08 C 50008**         Assigned/Issued By: _____

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☒ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____         Receipt #: _____

Date Paid: _____         Fiscal Clerk: _____

---

### ISSUANCES

**Type Of Issuance:**

☒ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____ (Type of Writ)

**FILED**
AUG 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1 Original and 1 copies on 8-29-08 (Date) as to Sauk Valley Bank & Trust Company

issued to Reno & Zahm

C:\wpwin80\docket\feeinfo.frm   01/01