# EXHIBIT B



John Musto
Counsel
Travelers Bond & Financial Products
(860) 277 - 2191
(860) 277 - 5722 (fax)
jmusto@travelers.com

One Tower Square
Hartford, CT 06183

June 24, 2008

Trissel Graham & Toole, Inc.
Attn: Dan Curran
220 Emerson Place
Suite 200
Davenport, IA 52801

      Re:   Travelers Casualty and Surety Company of America
             v.
             Young Construction & Paving, LLC, et al

Dear Trissel Graham & Toole, Inc.:

As you are aware, Counter-Plaintiffs in the above referenced action, Joseph Wells, Terri Wells, Luke D. Vander Bleek and Joan L. Vander Bleek have named Travelers Casualty and Surety Company of America as a Counter-Defendant in their Amended Counterclaim based upon the actions of Dan Curran.

Please note that this letter is not intended to imply that the allegations in the above referenced action have any merit. However, pursuant to Section VII.2 of the Agency Contract between Trissel Graham & Toole, Inc. ("Trissel") and Travelers Indemnity Company and its affiliates ("Travelers"), this letter shall serve as notice that Travelers reserves the right to look to Trissel to hold it harmless for any and all liability Travelers may incur in connection with the above referenced action to the extent Travelers determines that such liability was the result of the acts, errors or omissions of your agency. Therefore, you are hereby advised to put your Agent Errors and Omissions carrier on notice of the potential for such claims. In addition, you should bring this letter to the attention of your legal department. Travelers' right to indemnification includes indemnification for attorneys fees and expenses related to the defense of Wells/Vander Bleek's counterclaims.

Please note that nothing herein shall be deemed to be a waiver of any right or remedy that may be available to Travelers, at law or equity.

Sincerely,

John Musto

