IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, )<br>)<br>Plaintiff, Counter-Defendant )<br>vs. )<br>)<br>YOUNG CONSTRUCTION & PAVING, LLC; KAREN B. YOUNG; GORDON T. YOUNG; JEFFREY D. YOUNG; MONICA L. YOUNG; JOSEPH WELLS; TERRI WELLS; LUKE D. VANDER BLEEK; and JOAN L. VANDER BLEEK, et al. )<br>)<br>Defendants, Counter-Plaintiffs, and Third-Party Plaintiffs )<br>)<br>TRISSEL, GRAHAM AND TOOLE, INC., CURRAN, COLMARK and SAUK VALLEY BANK & TRUST COMPANY )<br>)<br>Third-Party Defendants )<br>and )<br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, )<br>)<br>Cross-Claimant )<br>vs. )<br>TRISSEL, GRAHAM AND TOOLE, INC., and DANIEL CURRAN )<br>)<br>Third-Party Defendants, Cross-Defendants ) | Case No.: 8-CV-50008 |

## NOTICE OF FILING

    PLEASE TAKE NOTICE THAT, on this 3rd day of September, 2008, we caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Travelers Casualty and Surety Company of America's Crossclaim, a true and exact copy of which is herewith attached.

6325760v1 7791

Travelers Casualty and Surety Company of America

By: /s/ John E. Sebastian
    One of its Attorneys

| | |
|---|---|
| James M. Allen<br>Hinshaw & Culbertson LLP<br>100 Park Avenue, P.O. Box 1389<br>Rockford, IL 61105<br>Telephone: 815-490-4900<br>Facsimile: 815-490-4901<br>jallen@hinshawlaw.com | John E. Sebastian<br>Albert L. Chollet III<br>Hinshaw & Culbertson LLP<br>222 N. LaSalle, Suite 300<br>Chicago, IL 60601<br>Telephone: 312-704-3000<br>Facsimile: 312-704-3001<br>jsebastian@hinshawlaw.com<br>achollet@hinshawlaw.com |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, does hereby certify that a true and correct copy of Travelers Casualty and Surety Company of America's Answer to Amended Counterclaim was filed through the Court's CM/ECF system and was served via electronic transmission.

    /s/John E. Sebastian

6325760v1 7791